**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **KIMBERLEY WISEMAN** | § | |
| ***Plaintiff,*** | § | |
| | § | |
| | § | |
| **v.** | § | |
| | § | |
| **COUNTY COMMISSIONERS** | § | **CAUSE NO.** |
| **JIM SMITH, PATRICIA MILLER,** | § | |
| **WILL JONES, BEN PERRY;** | § | |
| **ELECTIONS ADMINISTRATOR** | § | |
| **JARED GOLDSMITH, CERA;** | § | |
| **COUNTY JUDGE SCOTT FELTON, et. al.** | § | |
| ***Defendants.*** | § | |

**DEFENDANTS' PETITION FOR REMOVAL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, JIM SMITH, PATRICIA MILLER, WILL JONES, BEN PERRY, THE COUNTY COMMISSIONERS, JARED GOLDSMITH CERA, THE ELECTIONS ADMINISTRATOR, AND THE COUNTY JUDGE SCOTT FELTON, Defendants in this case, and file this Petition for Removal, removing this case to federal court pursuant to 28 U.S.C. §1441 and §1446, and in support thereof show as follows:

1. Nature of Case. Plaintiff filed an Original Petition for Declaratory Judgement and Emergency Relief Against Electronic Voting Systems and Destruction of Records on August 8, 2022. Plaintiff filed suit in state court: *Kimberley Wiseman v. County Commissioners Jim Smith, Patricia Miller, Will Jones, Ben Perry; Elections Administrator Jared Goldsmith, Cera; County Judge Scott Felton, et al.*, Cause No. 2022-2685-3 in the 74th Judicial District Court of McLennan County, Texas. **Plaintiff seeks to enjoin the use of computerized equipment/electronic voting**

**machines in the 2022 General Election and all future elections (indefinitely) until the last three (3) elections can be investigated.**

2. Service. All Defendants have been served. All proper Defendants have consented to removal. This Petition for Removal is filed within thirty (30) days of when the Petitioners were served, September 1, 2022.

3. Basis for Removal. Plaintiff raises allegations purporting to involve the following federal laws:

> U.S.C. AMEND I; U.S.C. AMEND. XIV; U.S.C. AMEND. XV; 52 U.S.C. § 10307(a); 18 U.S.C. § 245; U.S.C. AMEND XIII § 1; U.S.C. AMEND X; 52 U.S.C. § 20701; Dec. of Ind. and Preamble to the U.S.C.; Section 231(b) of the Help America Vote Act (HAVA) of 2002 (42 U.S.C. §15371(b)); 42 U.S.C. §1985; 42 U.S.C. §1986; 28 U.S.C. §1367; GUARANTEE CLAUSE; 52 U.S.C. 20971; Due Process Clause; Equal Protection Clause; Right to Vote Clause of the Fifteenth Amendment; 18 U.S.C. Section 245(1)(a); Enforcement clause of the Fifteenth Amendment; 52 U.S.C. § 20511 (2)(a)(b); 42 U.S.C. § 1983; 28 U.S.C. §1331dp; 18 U.S.C. 245; 42 U.S.C §1983vp; 28 U.S.C. 1985; 28 U.S.C. 1331vc; 52 U.S.C. §10101; 28 U.S.C. 1943; 28 U.S.C. § 2201; and 28 U.S.C. 1746.

Plaintiff's invocation of these federal laws as a basis or support for claims filed in this case creates federal question jurisdiction. *See* 28 U.S.C. §1331 and §1441. This Court may exercise supplemental jurisdiction over Plaintiff's state law claims under 28 U.S.C. §1367.

4. Copies of State Court Proceedings. A copy of a certified state court docket sheet and file marked copies of all filings in the state court action is attached hereto as **Exhibit "A"**.

5. Venue. Venue is proper in the Western District, Waco Division, under 28 U.S.C. §1441(a), as the state court in which the action was pending is the 74th Judicial District Court of McLennan County, Texas which is located within the Western District, Waco Division.

6. Jury Demand. Jury trial has not been demanded.

7. Notice to State Court. Petitioners are filing a notice of this removal with the state court.

8. Unanimity of Consent. All Defendants in this suit are represented by the undersigned and consent to removal to federal court.

8. Conclusion. This action has been properly removed as the Plaintiff has pled claims under federal law, removal was timely, and all proper, served Defendants consent. Petitioners respectfully request that this Court retain this case on its docket and allow it to proceed in federal court.

Respectfully submitted,

**HALEY & OLSON, P.C.**
P.O. Box 21147
Waco, Texas 76702
Telephone: (254) 776-3336
Telecopier: (254) 776-6823

By:___*/s/ Michael W. Dixon*
MICHAEL W. DIXON
State Bar No. 05912100
Email: mdixon@haleyolson.com
HERBERT S. BRISTOW
State Bar No. 03020500
Email: hbristow@haleyolson.com

ATTORNEYS FOR DEFENDANTS

**CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing instrument has been served pursuant to Rule 5 of the Federal Rules of Civil procedure, on the 13th day of September 2022 as follows:

Kimberly Wiseman
419 Barron Lane
Axtell, Texas 76624
***Via Certified Mail***

*/s/ Michael W. Dixon*________
MICHAEL W. DIXON