20. VSTLs are the most important component of the election machines as they examine the use of COTS (Commercial Off–The-Shelf)
21. "Wyle became involved with the testing of electronic voting systems in the early 1990's and has tested over 150 separate voting systems. Wyle was the first company to obtain accreditation by the National Association of State Election Directors (NASED). Wyle is accredited by the Election Assistance Commission (EAC) as a Voting System Testing Laboratory (VSTL). Our scope of accreditation as a VSTL encompasses all aspects of the hardware and software of a voting machine. Wyle also received NVLAP accreditation to ISO/IEC 17025:2005 from NIST." Testimony of Jack Cobb 2009
22. COTS are preferred by many because they have been tried and tested in the open market and are most economic and readily available. COTS are also the SOURCE of vulnerability therefore VSTLs are VERY important. COTS components by voting system machine manufacturers can be used as a "Black Box" and changes to their specs and hardware make up change continuously. Some changes can be simple upgrades to make them more efficient in operation, cost efficient for production, end of life (EOL) and even complete reworks to meet new standards. They key issue in this is that MOST of the COTS used by Election Machine Vendors like Dominion, ES&S, Hart Intercivic, Smartmatic and others is that such manufacturing for COTS have been outsourced to China which if implemented in our Election Machines make us vulnerable to BLACK BOX antics and backdoors due to hardware changes that can go undetected. This is why VSTL's are VERY important.
23. The proprietary voting system software is done so and created with cost efficiency in mind and therefore relies on 3rd party software that is AVAILABLE and HOUSED on the HARDWARE. This is a vulnerability. Exporting system reporting using software like Crystal Reports, or PDF software allows for vulnerabilities with their constant updates.
24. As per the COTS hardware components that are fixed, and origin may be cloaked under proprietary information a major vulnerability exists since once again third-party support software is dynamic and requires FREQUENT updates. The hardware components of the computer components, and election machines that are COTS may have slight updates that can be overlooked as they may be like those designed that support the other third -party software. COTS origin is important and the US Intelligence Community report in 2018 verifies that.
25. The Trump Administration made it clear that there is an absence of a major U.S. alternative to foreign suppliers of networking equipment. This highlights the growing dominance of

Chinese manufacturers like Huawei that are the world's LARGEST supplier of telecom and other equipment that endangers national security.

26. China, is not the only nation involved in COTS provided to election machines or the networking but so is Germany via a LAOS founded Chinese linked cloud service company that works with SCYTL named Akamai Technologies that have offices in China and are linked to the server that Dominion Software.

28 046 Madrid

**Asian offices**

| | |
|---|---|
| **Akamai Technologies - India**<br>111, Brigade Court<br>Koramangala Industrial Area<br>Bangalore 560 095, India | Telephone: 91-80-575-99222<br>Fax: 91-80-575-99209<br>Regional Manager: Stuart Spiteri |
| **Akamai Technologies - China**<br>Suite 1560, 15th Floor<br>NCI Tower<br>12A Jianguomenwai Avenue<br>Chaoyang District,<br>Beijing 100022<br>China | Telephone: 86-10-8523-3097<br>Fax: 86-10-8523-3001<br>Regional Manager: Stuart Spiteri |
| **Akamai Japan K.K.**<br>The Executive Centre Japan K.K.<br>15F Tokyo Ginko Kyokai building<br>1-3-1 Marunouchi, Chiyoda-ku, Tokyo 100-0005 | Telephone: 81-3-3216-7200 (Centre)<br>81-3-3216-7300 (Akamai direct)<br>Fax: 81-3-3216-7390 (Centre)<br>Regional Manager: Stuart Spiteri |
| **Akamai Technologies - Singapore**<br>Akamai, Regus Centre, 26-01 UOB Plaza 1<br>80 Raffles Place<br>Singapore 048624<br>Driving directions | Telephone: +65 6248 4614<br>Fax: +65 6248-4501<br>Regional Manager: Stuart Spiteri |
| **Akamai Technologies - Australia and New Zealand**<br>201 Sussex St<br>Tower 2, Level 20<br>Sydney, NSW 2000, Australia<br>info@au.akamai.com | Telephone: 61 2 9006 1325<br>Fax: 61 2 9475 0343<br>Regional Manager: Stuart Spiteri |

*ptt.gov* resolves to 4.30.228.74. According to our data this IP address belongs to *Level 3 Communications* and is located in *Alexandria, Virginia, United States*. Please have a look at the information provided below for further details.

4.30.228.74

| | |
|---|---|
| **ISP/Organization** | Level 3 Communications |
| **Location** | Alexandria 22304, Virginia (VA), United States (US) |
| **Latitude** | 38.8115 / 38°48'41" N |
| **Longitude** | -77.1285 / 77°7'42" W |
| **Timezone** | America/New_York |
| **Local Time** | Thu, 12 Jul 2018 19:27:40 -0400 |

27. 


28. L3 Level Communications is federal contractor that is partially owned by foreign lobbyist George Soros. An article that AP ran in 2010 – spoke out about the controversy of this that has been removed. (LINK) "As for the company's other political connections, it also appears that none other than George Soros, the billionaire funder of the country's liberal political infrastructure, owns 11,300 shares of OSI Systems Inc., the company that owns Rapiscan. Not surprisingly, OSI's stock has appreciated considerably over the course of the year. Soros certainly is a savvy investor." Washington Examiner re-write.


a23-78-81-34.deploy.static.akamaitechnologies.com (23.78.81.34)
4.15.152.153
ae-11.edge2.Chicago10.Level3.net
10.40.50.7
207.89.33.137
10.233.0.1
DeviceDHCP.Home
localhost
172.22.88.14
be2717.ccr41.ord01.atlas.cogentco.com
be2765.ccr41.ord03.atlas.cogentco.com
att.ord03.atlas.cogentco.com
cgcil22crs.ip.att.net
n54ny21crs.ip.att.net
12.122.115.108
12.244.73.30
michigan.gov (23.78.200.73)

29.




30.

31. **L-3 Communication** Systems-East designs, develops, produces and integrates communication systems and support equipment for space, air, ground, and naval applications, including C4I systems and products; integrated Navy communication systems; integrated space communications and RF payloads; recording systems; secure communications, and information security systems. In addition, their site claims that MARCOM is an integrated communications system and The Marcom® is the foundation of the Navy's newest digital integrated voice / data switching system for affordable command and control equipment supporting communications and radio room automation. The MarCom® uses the latest **COTS** digital technology and open systems standards to offer the command and control user a low cost, user friendly, solution to the complex voice, video and data communications needs of present and future joint / allied missions. Built in reliability, rugged construction, and fail-safe circuits ensure your call and messages will go through. Evidently a HUGE vulnerability.

32. Michigan's government site is thumped off Akamai Technologies servers which are housed on **TELIA AB** a foreign server located in Germany.

33. Scytl, who is contracted with AP that receives the results tallied BY Scytl on behalf of Dominion – During the elections the AP reporting site had a disclaimer.

AP – powered by SCYTL.

**Advertisements**

**Basic Tracking Info**

| | |
|---|---|
| Domain: | Michigan.gov<br>[ Whois Lookup - Domain Country - Domain To IP ] |
| IP Address: | 23.78.81.34<br>[IP Blacklist Check] |
| Reverse DNS: | 34.81.78.23.in-addr.arpa |
| Hostname: | a23-78-81-34.deploy.static.akamaitechnologies.com |
| Nameservers: | a12-67.akam.net >> 184.26.160.67<br>a11-66.akam.net >> 84.53.139.66<br>a1-35.akam.net >> 193.108.91.35<br>a5-66.akam.net >> 95.100.168.66<br>a18-64.akam.net >> 95.101.36.64<br>a24-65.akam.net >> 2.16.130.65 |

**Location For an IP: Michigan.gov**

| | |
|---|---|
| Continent: | North America (NA) |
| Country: | United States (US) |
| Capital: | Washington |
| State: | Unknown |
| City Location: | Unknown |
| ISP: | Akamai Technologies |
| Organization: | Akamai Technologies |
| AS Number: | AS1299 Telia Company AB |
| something went wrong! | something went wrong! |
| Time Zone: | America/North_Dakota/Center |
| Local Time: | 13:48:46 |
| Timezone GMT offset: | -21600 |
| Sunrise / Sunset: | 07:27 / 17:12 |

**Geolocation on IP Map**

**Extra Information for an IP: Michigan.gov**

| | |
|---|---|
| Continent Lat/Lon: | 46.07305 / -100.546 |
| Country Lat/Lon: | 38 / -98 |
| City Lat/Lon: | (37.751) / (-97.822) |
| IP Language: | English |

34. "Scytl was selected by the Federal Voting Assistance Program of the U.S. Department of Defense to provide a secure online ballot delivery and onscreen marking systems under a program to support overseas military and civilian voters for the 2010 election cycle and beyond. Scytl was awarded 9 of the 20 States that agreed to participate in the program (New York, Washington, Missouri, Nebraska, Kansas, New Mexico, South Carolina, Mississippi and Indiana), making it the provider with the highest number of participating States." PDF
35. According to DOMINION : 1.4.1Software and Firmware The software and firmware employed by Dominion D-Suite 5.5-Aconsists of 2 types, custom and commercial off the shelf (COTS). COTS applications were verified to be pristine or were subjected to source code review for analysis of any modifications and verification of meeting the pertinent standards.
36. The concern is the HARDWARE and the NON – ACCREDITED VSTLs as by their own admittance use COTS.
37. The purpose of VSTL's being accredited and their importance in ensuring that there is no foreign interference/ bad actors accessing the tally data via backdoors in equipment software. The core software used by ALL SCYTL related Election Machine/Software manufacturers ensures "anonymity" .
38. Algorithms within the area of this "shuffling" to maintain anonymity allows for setting values to achieve a desired goal under the guise of "encryption" in the trap-door.
39. The actual use of trapdoor commitments in Bayer-Groth proofs demonstrate the implications for the verifiability factor. This means that no one can SEE what is going on during the process of the "shuffling" therefore even if you deploy an algorithms or manual scripts to fractionalize or distribute pooled votes to achieve the outcome you wish – you cannot prove they are doing it! See STUDY : "The use of trapdoor commitments in Bayer-Groth proofs and the implications for the verifiability of the Scytl-SwissPost Internet voting system"
40. **Key Terms**
41. **UNIVERSAL VERIFIABILITY**: Votes cast are the votes counted and integrity of the vote is verifiable (the vote was tallied for the candidate selected) . **SCYTL FAILS UNIVERSAL VERIFIABILITY** because no mathematical proofs can determine if any votes have been manipulated.
42. **INDIVIDUAL VERIFIABILITY**: Voter cannot verify if their ballot got correctly counted. Like, if they cast a vote for ABC they want to verify it was ABC. That notion clearly discounts the need for anonymity in the first place.

43. To understand what I observed during the 2020 I will walk you through the process of one ballot cast by a voter.

44. STEP 1 |Config Data | All non e-voting data is sent to Scytl (offshore) for configuration of data. All e-voting is sent to CONFIGURATION OF DATA then back to the e-voting machine and then to the next phase called CLEANSING. **CONCERNS**: Here we see an "OR PROOF" as coined by mathematicians – an "or proof" is that votes that have been pre-tallied parked in the system and the algorithm then goes back to set the outcome it is set for and seeks to make adjustments if there is a partial pivot present causing it to fail demanding manual changes such as block allocation and narrowing of parameters or self-adjusts to ensure the predetermined outcome is achieved.

45. STEP 2|CLEANSING | The Process is when all the votes come in from the software run by Dominion and get "cleansed" and put into 2 categories: invalid votes and valid votes.

46. STEP 3|Shuffling /Mixing | This step is the most nefarious and exactly where the issues arise and carry over into the decryption phase. Simply put, the software takes all the votes, literally mixes them a and then re-encrypts them. This is where if ONE had the commitment key- TRAPDOOR KEY – one would be able to see the parameters of the algorithm deployed as the votes go into this mixing phase, and how algorithm redistributes the votes.

47. This published PAPER FROM University College London depicts how this shuffle works. In essence, when this mixing/shuffling occurs, then one doesn't have the ability to know that vote coming out on the other end is actually their vote; therefore, ZERO integrity of the votes when mixed.

48.

## Background - ElGamal encryption

- Setup: Group $\mathcal{G}$ of prime order q with generator g
- Public key: $pk = y = g^x$
- Encryption: $\mathcal{E}_{pk}(m; r) = (g^r, y^r m)$
- Decryption: $\mathcal{D}_x(u, v) = vu^{-x}$
- Homomorphic:

$$\mathcal{E}_{pk}(m; r) \times \mathcal{E}_{pk}(M; R) = \mathcal{E}_{pk}(mM; r + R)$$

- Re-rencryption:

$$\mathcal{E}_{pk}(m; r) \times \mathcal{E}_{pk}(1; R) = \mathcal{E}_{pk}(m; r + R)$$

UCL

49. When this mixing/shuffling occurs, then one doesn't have the ability to know that vote coming out on the other end is actually their vote; therefore, ZERO integrity of the votes.
50. When the votes are sent to Scytl via Dominion Software EMS (Election Management System) the Trap Door is accessed by Scytl or TRAP DOOR keys (Commitment Parameters).

51. 


52. The encrypted data is shifted into Scytl's platform in the form of ciphertexts – this means it is encrypted and a key based on commitments is needed to read the data. The ballot data can only be read if the person has a key that is set on commitments.
53. A false sense of security is provided to both parties that votes are not being "REPLACED" during the mixing phase. Basically, Scytl re-encrypts the ballot data that comes in from Dominion (or any other voting software company) as ciphertexts. Scytl is supposed to prove that votes A, B, C are indeed X, Y, Z under their new re-encryption when sending back the votes that are tallied coding them respectively. This is done by Scytl and the Election Software company that agrees to certain

"Generators" and therefore together build "commitments."

```
public CommitmentParams(final ZpSubgroup group, final int n) {
        group = group;
        h = GroupTools.getRandomElement(group);
        commitmentlength = n;
        g = GroupTools.getVectorRandomElement(group,
this.commitmentlength);
        }

        // from getRandomElement(group)
Exponent randomExponent = ExponentTools.getRandomExponent(group.getQ());
return group.getGenerator().exponentiate(randomExponent);
```

54. Scytl and Dominion have an agreement – only the two would know the parameters. This means that access is able to occur through backdoors in hardware if the parameters of the commitments are known in order to alter the range of the algorithm deployed to satisfy the outcome sought in the case of algorithm failure.
55. Trapdoor is a cryptotech term that describes a state of a program that knows the commitment parameters and therefore is able change the value of the commitments however it likes. In other words, Scytl or anyone that knows the commitment parameters can take all the votes and give them to any one they want. If they have a total of 1000 votes an algorithm can distribute them among all races as it deems necessary to achieve the goals it wants. (Case Study: Estonia)




56.

57. Within the trapdoor this is how the algorithm behaves to move the goal posts in elections without being detected by this proof . During the mixing phase this is the algorithm you would use to

"reallocate" votes via an algorithm to achieve the goal set.




58. STEP 4|Decryption would be the decryption phase and temporary parking of vote tallies before reporting. In this final phase before public release the tallies are released from encrypted format into plain text. As previously explained, those that know the trapdoor can easily change any votes that the randomness is applied and used to generate the tally vote ciphertext. Thus in this case, Scytl who is the mixer can collude with their vote company clients or an agency (--------) to change votes and get away with it. This is because the receiver doesn't have the decryption key so they rely solely on Scytl to be ***honest*** or free from any foreign actors within their backdoor or the Election Company (like Dominion) that can have access to the key.

59. In fact, a study from the University of Bristol made claim that interference can be seen when there is a GREAT DELAY in reporting and finalizing numbers University of Bristol : How not to Prove Yourself: Pitfalls of the Fiat-Shamir Heuristic and Applications to Helios

60. "Zero-knowledge proofs of knowledge allow a prover to convince a verifier that she holds information satisfying some desirable properties without revealing anything else." David Bernhard, Olivier Pereira,and Bogdan Warinschi.

61. Hence, you can't prove anyone manipulated anything. The TRAP DOOR KEY HOLDERS can offer you enough to verify to you what you need to see without revealing anything and once again indicating the inability to detect manipulation. **ZERO PROOF of INTEGRITY OF THE VOTE.**
62. Therefore, if decryption is challenged, the administrator or software company that knows the trap door key can provide you proof that would be able to pass verification (blind). This was proven to be factually true in the case study by The University of Melbourne in March. White Hat Hackers purposely altered votes by knowing the parameters set in the commitments and there was no way to prove they did it – or any way to prove they didn't.
63. IT'S THE PERFECT THREE CARD MONTY. That's just how perfect it is. They fake a proof of ciphertexts with KNOWN "RANDOMNESS" .This rolls back to the integrity of the VOTE. The vote is not safe using these machines not only because of the method used for ballot "cleansing" to maintain anonymity but the EXPOSURE to foreign interference and possible domestic bad actors.
64. In many circumstances, manipulation of the algorithm is NOT possible in an undetectable fashion. This is because it is one point heavy. Observing the elections in 2020 confirm the deployment of an algorithm due to the BEHAVIOR which is indicative of an algorithm in play that had no pivoting parameters applied.
65. The behavior of the algorithm is that one point (B) is the greatest point within the allocated set. It is the greatest number within the A B points given. Point A would be the smallest. Any points outside the A B points are not necessarily factored in yet can still be applied.
66. The points outside the parameters can be utilized to a certain to degree such as in block allocation.
67. The algorithm geographically changed the parameters of the algorithm to force blue votes and ostracize red.
68. Post block allocation of votes the two points of the algorithm were narrowed ensuring a BIDEN win hence the observation of NO Trump Votes and some BIDEN votes for a period of time.

69.


ARIZONA
"FIXING" THE VOTE
BIDEN INJECTION
Nov. 3rd
8:06:40 pm
+143,100 votes
(Maricopa & Pima)
NUMBER OF VOTES PROCESSED & THE TIME AT WHICH THEY PROCESSED
ELECTION DAY
NOV 4 - 10
NOV 3 - NOV 10
*DATA SOURCED FROM NEW YORK TIMES
SUMMARY
- Mathematical evidence of the seeding "injection" of votes at the beginning
- A spike means that a large number of votes were injected into the totals
- A normal vote pattern would look like a natural progression – smooth without extreme jumps

70. Gaussian Elimination without pivoting explains how the algorithm would behave and the election results and data from Michigan confirm FAILURE of algorithm.




71. The "Digital Fix" observed with an increased spike in VOTES for Joe Biden can be determined as evidence of a pivot. Normally it would be assumed that the algorithm had a Complete Pivot. Wilkinson's demonstrated the guarantee as :

72.
$$\frac{\|U\|_\infty}{\|A\|_\infty} \leq n^{\frac{1}{2}\log(n)}$$

73. Such a conjecture allows the growth factor the ability to be upper bound by values closer to n. Therefore, complete pivoting can't be observed because there would be too many floating points. Nor can partial as the partial pivoting would overwhelm after the "injection" of votes. Therefore, external factors were used which is evident from the "DIGITAL FIX"

74. Observing the elections, after a review of Michigan's data a spike of 54,199 votes to Biden. Because it is pushing and pulling and keeping a short distance between the 2 candidates; but then a spike, which is how an algorithm presents; - and this spike means there was a pause and an insert was made, where they insert an algorithm. Block spikes in votes for JOE BIDEN were NOT paper

ballots being fed or THUMB DRIVES. The algorithm block adjusted itself and the PEOPLE were creating the evidence to BACK UP the block allocation.

75. I have witnessed the same behavior of the election software in countries outside of the United States and within the United States. In -------, the elections conducted behaved in the same manner by allocating BLOCK votes to the candidate "chosen" to win.

76. Observing the data of the contested states (and others) the algorithm deployed is identical to that which was deployed in 2012 providing Barack Hussein Obama a block allocation to win the 2012 Presidential Elections.

77. The algorithm looks to have been set to give Joe Biden a 52% win even with an initial 50K+ vote block allocation was provided initially as tallying began (as in case of Arizona too). In the am of November 4, 2020 the algorithm stopped working, therefore another "block allocation" to remedy the failure of the algorithm. This was done manually as ALL the SYSTEMS shut down NATIONWIDE to avoid detection.




78.

79. In Georgia during the 2016 Presidential Elections a failed attempt to deploy the scripts to block allocate votes from a centralized location where the "trap-door" key lay an attempt by someone using

the DHS servers was detected by the state of GA. The GA leadership assumed that it was "Russians" but later they found out that the IP address was that of DHS.

80. In the state of Wisconsin, we observed a considerable BLOCK vote allocation by the algorithm at the SAME TIME it happened across the nation. All systems shut down at around the same time.




81.

82. In Wisconsin there are also irregularities in respect to BALLOT requests. (names AND address Hidden for privacy)

| F | G | H | V | W | X | Y | AB | AC | AD | AG | AH | AI | AJ | AK | AL | A[illegible] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Active | Registered | Military | Brown County | 11/01/2020 | Online | Military | | Official | Active | Not Returned | Online | 11/01/2020 | | | | |
| Active | Registered | Regular | Brown County | 10/23/2020 | Voted in Person | Regular | | Official | Active | Returned | Voted In Person | 10/23/2020 | 10/23/2020 | | | |
| Active | Registered | Military | Brown County | 11/01/2020 | Online | Military | | Official | Active | Not Returned | Online | 11/01/2020 | | | | |
| Active | Registered | Regular | Brown County | 11/01/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/01/2020 | Email | Regular | | Official | Active | Returned | Mail | 10/31/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/01/2020 | Email | Regular | | Official | Active | Returned | Mail | 10/31/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Voted in Person | Regular | | Official | Active | Returned | Voted In Person | 11/02/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Voted in Person | Regular | | Official | Active | Returned | Voted In Person | 11/02/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Voted in Person | Regular | | Official | Active | Returned | Voted In Person | 11/02/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Voted in Person | Regular | | Official | Active | Returned | Voted In Person | 11/02/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Voted in Person | Regular | | Official | Active | Returned | Voted In Person | 11/02/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Received In Person | Hospitaliz | | Official | Active | Returned | Appointed Agent | 11/02/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Email | Hospitaliz | | Official | Active | Returned | Appointed Agent | 11/02/2020 | 11/02/2020 | | | |
| Active | Registered | Military | Brown County | 11/02/2020 | Mail | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Mail | Regular | | Official | Active | Returned | Appointed Agent | 11/02/2020 | 11/02/2020 | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Mail | Regular | | Official | Active | Returned | Appointed Agent | | 11/02/2020 | | | |
| Active | Registered | Military | Brown County | 11/02/2020 | Online | Military | | Official | Active | Not Returned | Online | 11/02/2020 | | | | |
| Active | Registered | Military | Brown County | 11/02/2020 | Online | Military | | Official | Active | Not Returned | Online | 11/02/2020 | | | | |
| Active | Registered | Regular | Brown County | 11/02/2020 | Online | | | | | | | | | | | |
| Active | Registered | Military | Brown County | 11/02/2020 | FPCA | Military | | Official | Active | Not Returned | Mail | 11/02/2020 | | | | |
| Active | Registered | Military | Brown County | 11/02/2020 | FPCA | Military | | Official | Active | Returned | Email | 11/02/2020 | 11/03/2020 | | | |
| Active | Registered | Regular | Brown County | 11/03/2020 | Voted In Person | Regular | | Official | Inactive | Voter Spoiled | Voted In Person | 11/03/2020 | 11/03/2020 | | | |
| Active | Registered | Military | Brown County | 11/03/2020 | Mail | Military | Certification insufficient | Federal Absente | Active | Returned, to be Rejected | Mail | 11/03/2020 | 11/03/2020 | | | |
| Active | Registered | Military | Brown County | 11/03/2020 | Mail | Military | | Official | Active | Not Returned | Mail | 11/03/2020 | | | | |
| Active | Registered | Military | Brown County | 11/03/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/03/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online | | | | | | | | | | | |

83.

| | | | | | |
|---|---|---|---|---|---|
| Active | Registered | Regular | Brown County | 11/03/2020 | Online |
| Active | Registered | Regular | Brown County | 11/03/2020 | Online |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online |
| Active | Registered | Regular | Brown County | 11/03/2020 | Online |
| Active | Registered | Regular | Brown County | 11/03/2020 | Online |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online |
| Active | Registered | Regular | Brown County | 11/03/2020 | Online |
| Active | Registered | Regular | Brown County | 11/03/2020 | Online |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online |
| Active | Registered | Regular | Brown County | 11/03/2020 | Online |
| Active | Registered | Regular | Brown County | 11/04/2020 | Online |
| Active | Registered | Regular | Brown County | 11/05/2020 | Online |
| Active | Registered | Regular | Brown County | 11/05/2020 | Online |
| Active | Registered | Regular | Brown County | 11/05/2020 | Online |
| Active | Registered | Regular | Brown County | 11/05/2020 | Online |
| Active | Registered | Regular | Brown County | 11/05/2020 | Online |
| Active | Registered | Regular | Brown County | 11/05/2020 | Online |
| Active | Registered | Regular | Brown County | 11/05/2020 | Online |
| Active | Registered | Regular | Brown County | 11/05/2020 | Online |
| Active | Registered | Regular | Brown County | 11/06/2020 | Online |
| Active | Registered | Regular | Brown County | 11/06/2020 | Online |

84.

85. I can personally attest that in 2013 discussions by the Obama / Biden administration were being had with various agencies in the deployment of such election software to be deployed in ----- in 2013.
86. On or about April 2013 a one year plan was set to fund and usher elections in -----.
87. Joe Biden was designated by Barack Hussein Obama to ensure the ----- accepted assistance.
88. John Owen Brennan and James (Jim) Clapper were responsible for the ushering of the intelligence surrounding the elections in -----.
89. Under the guise of Crisis support the US Federal Tax Payers funded the deployment of the election software and machines in ------ signing on with Scytl.

**The White House**

Office of the Press Secretary

For Immediate Release April 21, 2014

SHARE THIS:

TWITTER

FACEBOOK

EMAIL

# FACT SHEET: U.S. Crisis Support Package for Ukraine

President Obama and Vice President Biden have made U.S. support for Ukraine an urgent priority as the Ukrainian government works to establish security and stability, pursue democratic elections and constitutional reform, revive its economy, and ensure government institutions are transparent and accountable to the Ukrainian people. Ukraine embarks on this reform path in the face of severe challenges to its sovereignty and territorial integrity, which we are working to address together with Ukraine and our partners in the international community. The United States is committed to ensuring that Ukrainians alone are able to determine their country's future without intimidation or coercion from outside forces. To support Ukraine, we are today announcing a new package of assistance totaling **$50 million** to help Ukraine pursue political and economic reform and strengthen the partnership between the United States and Ukraine.

90.

91. Right before the ----- elections it was alleged that CyberBerkut a pro-Russia group infiltrated --- central election computers and **deleted key files**. These actions supposedly rendered the vote-tallying system inoperable.
92. In fact, the KEY FILES were the Commitment keys to allow Scytl to tally the votes rather than the election machines. The group had disclosed emails and other documents proving that their election was rigged and that they tried to avoid a fixed election.
93. The elections were held on May 25, 2014 but in the early AM hours the election results were BLOCKED and the final tally was DELAYED flipping the election in favor of -----.
94. The claim was that there was a DDoS attack by Russians when in actual fact it was a mitigation of the algorithm to inject block votes as we observed was done for Joe Biden because the KEYS were unable to be deployed. In the case of -----, the trap-door key was "altered"/deleted/ rendered ineffective. In the case of the US elections, representatives of Dominion/ ES&S/ Smartmatic/ Hart Intercivic would have to manually deploy them since if the entry points into the systems seemed to have failed.
95. The vote tallying of all states NATIONWIDE stalled and hung for days – as in the case of Alaska that has about 300K registered voters but was stuck at 56% reporting for almost a week.
96. This "hanging" indicates a failed deployment of the scripts to block allocate remotely from one location as observed in ------ on May 26, 2014.
97. This would justify the presence of the election machine software representatives making physical appearances in the states where the election results are currently being contested.
98. A Dominion Executive appeared at the polling center in Detroit after midnight.
99. Considering that the hardware of the machines has NOT been examined in Michigan since 2017 by Pro V& V according to Michigan's own reporting. COTS are an avenue that hackers and bad actors seek to penetrate in order to control operations. Their software updates are the reason vulnerabilities to foreign interference in all operations exist.
100. The importance of VSTLs in underrated to protect up from foreign interference by way of open access via COTS software. Pro V& V who's EAC certification EXPIRED on 24 FEB 2017 was contracted with the state of WISCONSIN.
101. In the United States each state is tasked to conduct and IV& V (Independent Verification and Validation) to provide assurance of the integrity of the votes.
102. If the "accredited" non-federal entities have NOT received EAC accreditation this is a failure of the states to uphold their own states standards that are federally regulated.
103. In addition, if the entities had NIST certificates they are NOT sufficing according the HAVA ACT 2002 as the role of NIST is clear.
104. Curiously, both companies PRO V&V and SLI GAMING received NIST certifications OUTSIDE the 24 month scope.

105. PRO V& V received a NIST certification on 26MAR2020 for ONE YEAR. Normally the NIST certification is good for two years to align with that of EAC certification that is good for two years.



United States Department of Commerce
National Institute of Standards and Technology

NVLAP®

**Certificate of Accreditation to ISO/IEC 17025:2017**

**NVLAP LAB CODE: 200978-0**

**Pro V&V**
Huntsville, AL

*is accredited by the National Voluntary Laboratory Accreditation Program for specific services, listed on the Scope of Accreditation, for:*

**Voting System Testing**

*This laboratory is accredited in accordance with the recognized International Standard ISO/IEC 17025:2017. This accreditation demonstrates technical competence for a defined scope and the operation of a laboratory quality management system (refer to joint ISO-ILAC-IAF Communique dated January 2009).*

2020-03-26 through 2021-03-31
*Effective Dates*

DEPARTMENT OF COMMERCE • UNITED STATES OF AMERICA

*For the National Voluntary Laboratory Accreditation Program*

106.

107. The last PRO V& V EAC accreditation certificate (Item 8) of this declaration expired in February 2017 which means that the IV & V conducted by Michigan claiming that they were accredited is false.

108. The significance of VSTLs being accredited and examining the HARDWARE is key. COTS software updates are the avenues of entry.

109. As per DOMINION'S own petition, the modems they use are COTS therefore failure to have an accredited VSTL examine the hardware for points of entry by their software is key.

| | | | |
|---|---|---|---|
| *Compact Flash Cards | ***SanDisk Ultra:<br>SDCFHS-004G<br>SDCFHS-008G<br>RiData:<br>CFC-14A<br>RDF8G-233XMCB2-1<br>RDF16G-233XMCB2-1<br>RDF32G-233XMCB2-1<br>SanDisk Extreme:<br>SDCFX-016G<br>SDCFX-032G<br>SanDisk:<br>SDFAA-008G | | Memory device for ICP and ICE tabulators. |
| *Modems | Verizon USB Modem Pantech UMW190NCD<br><br>USB Modem MultiTech MT9234MU<br><br>CellGo Cellular Modem E-Device 3GPUSUS<br><br>AT&T USB Modem MultiTech GSM MTD-H5<br>Fax Modem US Robotics 56K V.92. | | Analog and wireless modems for transmitting unofficial election night results. |

110.

111. For example and update of Verizon USB Modem Pantech undergoes multiple software updates a year for it's hardware. That is most likely the point of entry into the systems.

112. During the 2014 elections in ---- it was the modems that gave access to the systems where the commitment keys were deleted.

113. SLI Gaming is the other VSTL "accredited" by the EAC BUT there is no record of their accreditation. In fact, SLI was NIST ISO Certified 27 days before the election which means that PA IV&V was conducted without NIST cert for SLI being valid.


Exhibit 13


United States Department of Commerce
National Institute of Standards and Technology

NVLAP®

Certificate of Accreditation to ISO/IEC 17025:2017

NVLAP LAB CODE: 200733-0

SLI Compliance
Wheat Ridge, CO

*is accredited by the National Voluntary Laboratory Accreditation Program for specific services, listed on the Scope of Accreditation, for:*

Voting System Testing

*This laboratory is accredited in accordance with the recognized International Standard ISO/IEC 17025:2017. This accreditation demonstrates technical competence for a defined scope and the operation of a laboratory quality management system (refer to joint ISO-ILAC-IAF Communique dated January 2009).*

2020-10-07 through 2020-12-31
*Effective Dates*

*For the National Voluntary Laboratory Accreditation Program*

114.

115. In fact SLI was NIST ISO Certified for less than 90 days.

116. I can personally attest that high-level officials of the Obama/Biden administration and large private contracting firms met with a software company called GEMS which is ultimately the software ALL election machines run now running under the flag of DOMINION.

117. GEMS was manifested from SOE software purchased by SCYTL developers and US Federally Funded persons to develop it.

118. The only way GEMS can be deployed across ALL machines is IF all counties across the nation are housed under the same server networks.

119. GEMS was tasked in 2009 to a contractor in Tampa, Fl.

120. GEMS was also fine-tuned in Latvia, Belarus, Serbia and Spain to be localized for EU deployment as observed during the Swissport election debacle.

121. John McCain's campaign assisted in FUNDING the development of GEMS web monitoring via WEB Services with 3EDC and Dynology.

Image# 13941014755

## SCHEDULE B-P
## ITEMIZED DISBURSEMENTS

Use separate schedule(s) for each category of the Detailed Summary Page

FOR LINE NUMBER: (check only one)
[X] 23 [ ] 24 [ ] 25 [ ] 26 [ ] 27a [ ] 27b [ ] 28a [ ] 28b [ ] 28c [ ] 29

PAGE 7358 / 8595

Any information copied from such Reports and Statements may not be sold or used by any person for the purpose of soliciting contributions or for commercial purposes, other than using the name and address of any political committee to solicit contributions from such committee.

NAME OF COMMITTEE (In Full)
JOHN MCCAIN 2008, INC.

**A.** Full Name (Last, First, Middle Initial): 3EDC LLC
Mailing Address: 211 NORTH UNION ST STE 200
City: ALEXANDRIA State: VA Zip Code: 22314
Purpose of Disbursement: WEB SERVICE
Candidate Name:
Category/Type:
Office Sought: [ ] House [ ] Senate [ ] President
State: District:
Disbursement For: 2008 [X] Primary [ ] General [ ] Other (specify)
Date of Disbursement: 03 17 2008
Transaction ID : SB23.10515
Amount of Each Disbursement this Period: 399916.09

**B.** Full Name (Last, First, Middle Initial): A FARE EXTRAORDINAIRE
Mailing Address: 2035 MARSHALL
City: HOUSTON State: TX Zip Code: 77098
Purpose of Disbursement: FACILITY RENTAL/CATERING
Candidate Name:
Category/Type:
Office Sought: [ ] House [ ] Senate [ ] President
State: District:
Disbursement For: 2008 [X] Primary [ ] General [ ] Other (specify)
Date of Disbursement: 03 17 2008
Transaction ID : SB23.10049
Amount of Each Disbursement this Period: 23697.69

**C.** Full Name (Last, First, Middle Initial): ADMINISTAFF
Mailing Address: PO BOX 203332
City: HOUSTON State: TX Zip Code: 77216
Purpose of Disbursement: INSURANCE
Candidate Name:
Category/Type:
Office Sought: [ ] House [ ] Senate [ ] President
State: District:
Disbursement For: 2008 [X] Primary [ ] General [ ] Other (specify)
Date of Disbursement: 03 05 2008
Transaction ID : SB23.10117
Amount of Each Disbursement this Period: 483.68

**Subtotal Of Receipts This Page** (optional) ▶ 424097.46

**Total This Period** (last page this line number only) ▶

122.

123.

124. AKAMAI Technologies services SCYTL.

125. AKAMAI Technologies Houses ALL foreign government sites. (Please see White Paper by Akamai.)

126. AKAMAI Technologies houses ALL .gov state sites. (ref Item 123 Wisconsin.gov Example)




127.

128. Wisconsin has EDGE GATEWAY port which is AKAMAI TECHNOLOGIES based out of GERMANY.

129. Using AKAMAI Technologies is allowing .gov sites to obfuscate and mask their systems by way of HURRICANE ELECTRIC (he.net) Kicking it to anonymous (AKAMAI Technologies) offshore servers.


Hosts
wisconsin.gov (165.189.1!

General Services Traceroute

| | | | |
|---|---|---|---|
| 3 | 3.00 | 207.89.33.137 | |
| 4 | 4.00 | 10.40.50.7 | |
| 5 | 13.00 | 172.22.7.24 | |
| 6 | 15.00 | 206.126.236.37 | 10gigabitethernet2-2.core1.ash1.he.net |
| 7 | 41.00 | 184.105.64.133 | 100ge1-1.core2.chi1.he.net |
| 8 | 27.00 | 184.104.192.117 | 100ge15-2.core1.chi1.he.net |
| 9 | 32.00 | 184.105.65.226 | 100ge8-1.core1.msn1.he.net |
| 10 | 35.00 | 216.66.73.242 | airstream-communications-llc.10gigabitethernet2-20.core1.msn |
| 11 | 37.00 | 64.33.130.57 | air-cpdg-asr-to-mdsn.airstreamcomm.net.130.33.64.in-addr.arpa |
| 12 | 37.00 | 64.33.143.186 | win-retail-wi-doa-001-2.direct.airstreamcomm.net |
| 13 | | <unknown> | |
| 14 | | <unknown> | |
| 15 | 38.00 | 165.189.150.147 | |

130.

131. AKAMAI Technologies has locations around the world.

132. AKAMAI Technologies has locations in China (ref item 22)

133. AKAMAI Technologies has locations in Iran as of 2019.

134. AKAMAI Technologies merged with UNICOM (CHINESE TELECOMM) in 2018.

135. AKAMAI Technologies house all state .gov information in GERMANY via TELIA AB.

136. In my professional opinion, this affidavit presents unambiguous evidence:

137. That there was Foreign interference, complicit behavior by the previous administrations from 1999 up until today to hinder the voice of the people and US persons knowingly and willingly colluding with foreign powers to steer our 2020 elections that can be named in a classified setting.

138. Foreign interference is present in the 2020 election in various means namely,

139. Foreign nationals assisted in the creation of GEMS (Dominion Software Foundation)

140. Akamai Technologies merged with a Chinese company that makes the COTS components of the election machines providing access to our electronic voting machines.

141. Foreign investments and interests in the creation of the GEMS software.

142. US persons holding an office and private individuals knowingly and willingly oversaw fail safes to secure our elections.

143. The EAC failed to abide by standards set in HAVA ACT 2002.

144. The IG of the EAC failed to address complaints since their appointment regarding vote integrity

145. Christy McCormick of the EAC failed to ensure that EAC conducted their duties as set forth by HAVA ACT 2002

146. Both Patricia Layfield (IG of EAC) and Christy McCormick (Chairwoman of EAC) were appointed by Barack Hussein Obama and have maintained their positions since then.

147. The EAC failed to have a quorum for over a calendar year leading to the inability to meet the standards of the EAC.

148. AKAMAI Technologies and Hurricane Electric raise serious concerns for NATSEC due to their ties with foreign hostile nations.

149. For all the reasons above a complete failure of duty to provide safe and just elections are observed.

150. For the people of the United States to have confidence in their elections our cybersecurity standards should not be in the hands of foreign nations.

151. Those responsible within the Intelligence Community directly and indirectly by way of procurement of services should be held accountable for assisting in the development, implementation and promotion of GEMS.

152. GEMS ------- General Hayden.

153. In my opinion and from the data and events I have observed -------------------- with the assistance of SHADOWNET under the guise of L3-Communications which is MPRI. This is also confirmed by us.army.mil making the statement that shadownet has been deployed to 30 states which all

happen to be using Dominion Machines.

FAIRFAX, Va. -The Virginia National Guard's Bowling Green-based 91st Cyber Brigade completed the nationwide rollout of its ShadowNet enterprise solution July 19, 2019, with the integration of the 125th Cyber Protection Battalion into the solution's virtual private network. ShadowNet is a custom-built private cloud-based out of the brigade's data center in Fairfax, Virginia, that uses VPN connectivity to provide its aligned units with 24-hour, seven-days-a-week remote access to critical cyber training at both the collective and individual levels. The brigade successfully integrated its three other cyber protection battalions - the 123rd, 124th, and 126th Cyber Protection Battalions - into the ShadowNet platform last January.

"I'm extremely proud to announce that the Soldiers of the 91st Cyber Brigade have completed the construction and rollout of ShadowNet, a world-class enterprise solution designed to propel operational innovation in the field of cyber training," said Col. Adam C. Volant, commander of the 91st Cyber Brigade. "ShadowNet will allow us to leverage the expertise of cyber professionals across our four cyber protection battalions to build Soldier-centric programs and collective training environments that deliver breakthroughs in exercise complexity and cost efficiency. Its robust

OCTOBER 26, 2020
**U.S. Army STAND-TO! | Army Readines Training**

SEPTEMBER 12, 2019
**September 2017 Nominative Sergeants Major Assignments**

SEPTEMBER 12, 2019
**DA ANNOUNCES ROTATIONAL DEPLOYMENTS**

154. Based on my research of voter data – it appears that there are approximately 23,000 residents of a Department of Corrections Prison with requests for absentee ballot in Wisconsin. We are currently reviewing and verifying the data and will supplement.

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | 23230 | Gutierrez | Mary | Jane | | (262)994-9050 | |
| 23231 | 23231 | Hansen | Luann | M | | (262)994-9050 | |
| 23232 | 23232 | Neberman | John | C | | (262)994-9050 | |
| 23233 | 23233 | Reynolds | Devi | J | | (262)994-9050 | |
| 23234 | 23234 | Rieckhoff | Kathryn | Susan | | (262)994-9050 | |
| 23235 | 23235 | Edwards | Mark | Landon | | (262)994-9050 | |
| 23236 | 23236 | Pfeiffer | Joseph | Patrick | | (262)994-9050 | |
| 23237 | 23237 | Hines | Dianna | K | | (262)994-9050 | |
| 23238 | 23238 | Beachem | Janice | F | | (262)994-9050 | |
| 23239 | 23239 | Blackstone | Thomas | Wayne | | (262)994-9050 | |
| 23240 | 23240 | Braun | Patricia | Ann | | (262)994-9050 | |
| 23241 | 23241 | Smith | Raymond | L | | (262)994-9050 | |
| 23242 | 23242 | Meyer | Steven | R | | (262)994-9050 | |
| 23243 | 23243 | Vincent | Herbert | | | (262)994-9050 | |
| 23244 | 23244 | Guajardo | Juan | P | | (262)994-9050 | |
| 23245 | 23245 | Wallace | Kirk | R | | (262)994-9050 | |
| 23246 | 23246 | Kaplan | Bernard | L | | (262)994-9050 | |
| 23247 | 23247 | Bahrs | Michelle | M | | (262)994-9050 | |
| 23248 | 23248 | Shattuck | Elizabeth | L | | (262)994-9050 | |
| 23249 | 23249 | Munoz | Rosalio | S | JR | (262)994-9050 | |
| 23250 | 23250 | Strunk | Amy | C | | (262)994-9050 | |
| 23251 | 23251 | Schendel | Michael | P | JR | (262)994-9050 | |
| 23252 | 23252 | Mack | Kimberly | N | | (262)994-9050 | |
| 23253 | 23253 | Spikes | Debra | A | | (262)994-9050 | |
| 23254 | 23254 | Busarow | Suzanne | M | | (262)994-9050 | |
| 23255 | 23255 | Oliver | Timmy | | | (262)994-9050 | |
| 23256 | 23256 | Wember | Jimmy | Dean | | (262)994-9050 | |
| 23257 | 23257 | Kosterman | Michael | Richard | | (262)994-9050 | |
| 23258 | 23258 | Szaradowski | Paul | M | | (262)994-9050 | |
| 23259 | 23259 | Oliver | Dale | | | (262)994-9050 | |
| 23260 | 23260 | Derango | Nancy | | | (262)994-9050 | |
| 23261 | 23261 | Smith | Arthur | J | | (262)994-9050 | SMITH24.3059@YAHOO |
| 23262 | 23262 | Brown | Michael | Edward | | (262)994-9050 | |

155.

I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed this November 29th, 2020.

[redacted]

[redacted]

# APPENDIX P-2

Alex Halderman Declarations

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRAD RAFFENSPERGER, ET AL.,**<br>**Defendants.** | **DECLARATION OF**<br>**J. ALEX HALDERMAN**<br><br>**Civil Action No. 1:17-CV-2989-AT** |

Pursuant to 28 U.S.C. § 1746, J. ALEX HALDERMAN declares under penalty of perjury that the following is true and correct:

1. I hereby incorporate my previous declarations as if fully stated herein. I have personal knowledge of the facts in this declaration and, if called to testify as a witness, I would testify under oath to these facts.

2. I have reviewed the "Letter Report" prepared by Pro V&V concerning version 5.5.10.32 of the Dominion BMD software (Dkt. No. 939). The report makes clear that Pro V&V performed only cursory testing of this new software. The company did not attempt to independently verify the cause of the ballot display problem, nor did it adequately verify that the changes are an effective solution. Pro

V&V also appears to have made no effort to test whether the changes create new problems that impact the reliability, accuracy, or security of the BMD system.

3. This superficial testing is deeply concerning, because Pro V&V's characterization of the source code changes indicates that they are considerably more complicated than what Dr. Coomer previously testified was the threshold for considering a change to be "de minimis": "literally a one-line configuration change in some config file that would have no material impact on the system" (Dkt. No. 905 at 102:18-103:14). Instead, Pro V&V states that Dominion made two kinds of changes and modified lines in five different source code files. In general, changes that affect more lines of source code or more source code files are riskier than smaller change, as there is a greater likelihood that they will have unintended side-effects. Changes to source code files, as Dominion made here, also tend to be riskier than changes to "config[uration] files."

4. The nature of the changes gives me further reason for concern. According to Pro V&V, one change involved changing a "variable declaration" to modify the "type" of a variable. A variable's type determines both what kind of data it holds and how operations on it function. Although changing a variable declaration often involves differences in only one line of source code, the effect is a change to how the program operates everywhere the variable is used, which could involve

many parts of the source code and span multiple files. For this reason, changing a variable's type frequently introduces new bugs that are difficult to detect. I have often experienced such problems while writing software myself.

5. It is not possible to evaluate the effects of such a change by analyzing only the lines of source code that have been modified. Yet Pro V&V's description of its "source code review" is consistent with having done nothing more. The company could have engaged an expert in the specific programming language to analyze the quality of the changes and look for subtle side-effects throughout the code, but it appears that they did not.

6. Instead, the report states that "Pro V&V conducted functional regression testing." Regression testing has a well-defined meaning in computer science: checking that a change to a system does not break its existing functionality. After a change to a voting system like this, rigorous regression testing is essential for ensuring that the system's reliability, accuracy, and security are not degraded. Yet the testing Pro V&V describes performing is not regression testing at all. Instead, the company focused entirely on checking whether the ballot display problem was fixed and makes no mention of testing any other functionality whatsoever.

7. Even for this limited purpose, Pro V&V's testing methodology is inadequate. They first tried to observe the error while using the current version of the BMD software, 5.5.10.30. They managed to trigger it using an artificial test ballot but failed to reproduce it using the real ballot design from Douglas County (where the problem was observed during L&A testing) even after 400 attempts.[1] They then performed the same checks using the 5.5.10.32 software. Pro V&V's basis for concluding that the new software corrects the problem is that they were unable to trigger the error with either ballot after 400 tries. Yet this ignores the obvious possibility that the error might simply be eluding them, as it did with the Douglas County ballot under version 5.5.10.30.

8. That is the full extent of the testing described in Pro V&V's report. They did not test that the other functionalities of the machine are not impacted by the change. They did not test that the BMD selected and printed results accurately, nor did they test that security was unaffected. Tests only answer the questions you ask. Here—regardless of what Pro V&V intended—the only questions asked were: "Is the stated error observed when using the old software?" and "Is the stated error observed when using the new software?" They did not ask, "Is Dominion correct

[1] It is curious that Pro V&V was unable to reproduce the problem experienced in Douglas County, but they appear not to have made any effort to investigate this.

about the cause of the problem?" They did not ask, "Does this change absolutely and completely fix the issue?" Most importantly, they never asked or answered the key question for determining whether the change is de minimis, "Will these modifications have any impact on the rest of the voting system's functionality?"

9. Even if the change does correct the bug without introducing new problems, it still represents a significant security risk, because of the possibility that attackers could hijack the replacement software to spread malware to Georgia's BMDs.

10. Defendants say they will guard against this using hash comparisons, but the hash comparison process they have described is inadequate in several ways.[2] As I have previously explained, examining the hash that the BMD displays on screen provides no security, because malware on the BMD could be programmed to calculate and display the expected hash. Although the State now says it will perform some acceptance testing at a central facility, such testing has limited value at best. Even if performed correctly—by securely computing the hash of the software using a device that is assuredly not affected by malware—acceptance testing can only

---

[2] The Pro V&V report lists the hash of a file named ICX.iso, which presumably contains the APK as well as other files. Without access to the ICX.iso file, I cannot confirm whether that the software purportedly being installed on the BMDs is the same as the software Pro V&V built and tested.

confirm that the new software was not modified between Pro V&V and the test facility. It does not ensure that the new software actually matches Dominion's source code or that it will not be modified during later distribution to counties or installation on the tens of thousands of BMDs statewide.

11. The report mentions that Pro V&V performed a "trusted build" of the new software. This refers to the process by which Pro V&V compiled the source code to produce the APK file for distribution and installation throughout Georgia. The result of compiling source code, often called a software "binary," is in a non-human readable format, and it is not possible in general to confirm that a binary faithfully matches source code from which it was purportedly compiled. As a result, if Pro V&V were to modify the BMD software to introduce malicious functionality—or if attackers who infiltrated their systems were to do so[3]—there

---

[3] Notably, Pro V&V's website (http://www.provandv.com/) does not support HTTPS encryption, and modern web browsers warn users that it is not secure, as shown below. In my experience, organizations that fail to support HTTPS are likely to be ignoring other security best practices too, which increases the likelihood of attackers successfully infiltrating their systems.



would be no readily available way for the State or Dominion to detect the change. The State's election security experts themselves have emphasized the risk of election manipulation by so-called "insiders."

12. Defendants state that Pro V&V has submitted the report to the EAC to seek approval for a de minimis change. The EAC's de minimis software change process was introduced less than a year ago, and, as far as I am aware, it has only been invoked on one or two occasions so far. In my opinion, the EAC cannot make an informed determination as to whether the new Dominion software meets the de minimis standard based on the information contained in Pro V&V's report, and I sincerely hope the agency demands more rigorous testing before allowing the software to be used under its certification guidelines.

I declare under penalty of the perjury laws of the State of Georgia and the United States that the foregoing is true and correct and that this declaration was executed this 3rd day of October, 2020 in Ann Arbor, Michigan.

J. ALEX HALDERMAN

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | |
|---|---|
| **DONNA CURLING, ET AL.,**<br>**Plaintiffs,**<br><br>**v.**<br><br>**BRIAN KEMP, ET AL.,**<br>**Defendants.** | **Civil Action No. 1:17-CV-2989-AT** |

**DECLARATION OF J. ALEX HALDERMAN**
**IN SUPPORT OF MOTION FOR PRELIMINARY INJUNCTION**

J. ALEX HALDERMAN declares, under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following is true and correct:

1. My name is J. Alex Halderman. I am a Professor of Computer Science and Engineering and the Director of the Center for Computer Security and Society at the University of Michigan in Ann Arbor, Michigan. I submit this Declaration in support of Plaintiffs Donna Curling, Donna Price, and Jeffrey Schoenberg (the "Curling Plaintiffs").

2. I have a Ph.D., a Master's Degree, and a Bachelor's Degree in Computer Science, all from Princeton University.

3. My research focuses on computer security and privacy, with an emphasis on problems that broadly impact society and public policy. Among my areas of research are software security, network security, and election cybersecurity.

4. I have authored more than 80 articles and books. My work has been cited in more than 6,900 scholarly publications. I have served on the program committees for 30 research conferences and workshops, and I co-chaired the USENIX Electronic Voting Technology Workshop, which focuses on electronic voting security. I received the John Gideon Award for Election Integrity from the Election Verification Network, the Alfred P. Sloan Foundation Research Fellowship, the IRTF Applied Networking Research Prize, and the University of Michigan College of Engineering 1938 E Award for teaching and scholarship.

5. I have published peer-reviewed research analyzing the security of electronic voting systems used in numerous U.S. states as well as in other countries. I have also investigated methods for improving the security of electronic voting, such as efficient techniques for testing whether electronic vote totals match paper vote records. I have testified before the U.S. Senate Select Committee on Intelligence on the subject of cybersecurity and U.S. elections.

6. I have performed extensive hands-on security testing of the AccuVote TS and TSX electronic voting machines, which I understand are the two models of electronic voting machines used in Georgia. I published a peer-reviewed security evaluation of the AccuVote TS[1], and I performed a source code review of the AccuVote TSX as part of a study commissioned by the Secretary of State of California.[2] These studies discovered dozens of serious security vulnerabilities in the AccuVote hardware and software.

7. My curriculum vitae, including a list of honors and awards, research projects, and publications, is attached as Exhibit A.

**Context: Cyberattacks, the 2016 Presidential Election, and Upcoming Elections**

8. The 2016 presidential election was subject to unprecedented cyberattacks apparently intended to interfere with the election and undermine confidence in the voting process. For example, attackers broke into the email system of the Democratic National Committee and, separately, into the email account of John Podesta, the chairman of Secretary Clinton's campaign. Exhibits

[1] Ariel J. Feldman, J. Alex Halderman & Edward W. Felten, *Security Analysis of the Diebold AccuVote-TS Voting Machine*, Princeton University (2006), http://usenix.org/events/evt07/tech/full_papers/feldman/feldman.pdf.
[2] Joseph A. Calandrino et al., *Source Code Review of the Diebold Voting System*, University of California, Berkeley (2007), http://votingsystems.cdn.sos.ca.gov/oversight/ttbr/diebold-source-public-jul29.pdf.

B and C. The attackers leaked private messages from both hacks. Attackers also attempted to breach election-related systems in at least 18 states, including Georgia. Exhibit D.[3] In at least two states, Illinois and Arizona, these attackers successfully infiltrated the voter registration systems and stole voter data. Exhibit E. The U.S. Senate Select Committee on Intelligence has concluded that, in a small number of states, the attackers were in a position to alter or delete voter registration data.[4] Exhibit F. The Department of Homeland Security has stated that senior officials in the Russian government commissioned these attacks. Exhibit G.

9. Russia has sophisticated cyber-offensive capabilities, and it has shown a willingness to use them to hack elections elsewhere. For instance, according to published reports, during the 2014 presidential election in Ukraine, attackers linked to Russia sabotaged Ukraine's vote counting infrastructure, and Ukrainian officials succeeded only at the last minute in defusing vote-stealing malware that could

---

[3] Kim Zetter, *Was Georgia's Election System Hacked in 2016?*, POLITICO Magazine (July 18, 2018), https://www.politico.com/magazine/story/2018/07/18/mueller-indictments-georgia-voting-infrastructure-219018.
[4] Senate Intelligence Committee, *Russian Targeting of Election Infrastructure During the 2016 Election: Summary of Initial Findings and Recommendations*, at 1-2 (May 9, 2018), https://www.burr.senate.gov/imo/media/doc/RussRptInstlmt1-%20ElecSec%20Findings,Recs2.pdf.

have caused the wrong winner to be announced. Exhibit H. Countries other than Russia also have similarly sophisticated cyberwarfare capabilities.

10. In May 2018, the U.S. Senate Select Committee on Intelligence, charged with investigating cybersecurity threats to U.S. election infrastructure, reported its findings and recommendations.[5] The committee found serious vulnerabilities, including that "voting systems across the United States are outdated, and many do not have a paper record of votes as a backup counting system that can be reliably audited, should there be allegations of machine manipulation."[6] Moreover, "Paperless Direct Recording Electronic (DRE) voting machines"—the type used in Georgia—"are at highest risk for security flaws."[7]

11. Director of National Intelligence Dan Coats and Secretary of Homeland Security Kristjen Nielsen have warned as recently as August 2, 2018, that Russia is continuing to pursue its goal of interfering in our elections, including the upcoming midterm elections in November.[8]

12. Foreign governments could attempt to hack American voting machines to achieve a variety of goals, including undermining voter confidence

---

[5] *Id.*

[6] *Id.* at 4.

[7] *Id.*

[8] Brian Ries & Meg Wagner, White House press briefing, CNN (Aug. 2, 2018), https://www.cnn.com/politics/live-news/whpb-08-02-18/h_b4373e9f04f5da63237586ce450a0962.

and causing fraudulent outcomes. They could sabotage the machines to prevent them from functioning on Election Day, or to cause them to produce obviously incorrect results when votes are counted. They could also infiltrate the machines with malicious software in order to cause them to produce plausible but fraudulent results. I have written demonstration malicious software that executes these attacks against the models of electronic voting machines used in Georgia.

**The Vulnerability of Georgia's Voting Machines to Cyberattack**

13. More than 70% of American voters have their votes recorded on some form of paper, which provides permanent evidence of their intent in the event of a post-election audit or recount—33 states have a paper ballot, or at least a paper trail, for every vote. In Georgia, except for absentee voting, all ballots are cast on paperless[9] direct-recording electronic (DRE) computer voting machines that do not create a paper record of each vote. Georgia is one of only five states to use paperless machines statewide.[10]

---

[9] In election technology contexts, "paperless" refers to machines that lack a voter-verifiable paper record of each ballot. Although Georgia's machines print a paper summary of the election totals after polls close, they are still considered "paperless," since this summary tape does not provide a way for the voter to confirm that his or her vote has been properly recorded.

[10] Verified Voting, The Verifier – Polling Place Equipment – November 2018, https://www.verifiedvoting.org/verifier/ (last accessed Aug. 7, 2018).

14. Paperless DRE voting machines have been repeatedly shown to be vulnerable to cyberattacks that can change or erase votes, cast extra votes, or cause the machines to fail to operate on election day. Since paperless DREs do not generate a physical record of the vote, these attacks may be difficult or impossible to detect or to reverse. There is a broad scientific consensus that paperless DREs do not provide adequate security against cyberattacks.

15. To my knowledge, Georgia exclusively uses Premier/Diebold (Dominion) AccuVote TS and TSX voting machines. These particular models are probably the most well-studied by security researchers of any voting machines in the world. Over the past 15 years, I and other experts have repeatedly documented serious cybersecurity problems with these machines, in peer-reviewed and state-sponsored research studies. The vulnerabilities that affect Georgia's machines include numerous hardware and software security flaws, as well as architectural weaknesses that cannot be repaired through software updates. As a result, every DRE in use in Georgia is vulnerable to cyberattacks.

16. These voting machines are computers with reprogrammable software. An attacker who can modify that software by infecting the machines with malware can cause the machines to provide any result of the attacker's choosing. In tests, I have demonstrated that, in just a few seconds, anyone can install vote-stealing

malware on these voting machines that will silently alter all records of every vote.[11]

17. The first major study of these machines was carried out in 2003 by Kohno, Stubblefield, Rubin, and Wallach, who studied a leaked version of the source code and found many design errors and vulnerabilities.[12] Public concern in light of Kohno's study led the state of Maryland to authorize two security studies. The first, by SAIC, reported that the system was "at high risk of compromise."[13] The second, conducted by RABA, a security consulting firm, confirmed many of Kohno's findings and suggested design changes to the Diebold system.[14] A further security assessment was commissioned by the Ohio Secretary of State and carried

[11] A video documenting this result is publicly available. Hack247, *Princeton University Diebold Machine Hacking*, YouTube (Nov. 7, 2006), https://www.youtube.com/watch?v=2Vvq_YseZVc.

[12] Tadayoshi Kohno et al., *Analysis of an Electronic Voting System*, *in* IEEE Symposium on Security and Privacy, IEEE Computer Society Press (Feb. 27, 2004), http://avirubin.com/vote.pdf.

[13] Science Applications International Corporation, Risk Assessment Report: Diebold AccuVote-TS Voting System and Processes, SAIC-6099-2003-261 (Sept. 2, 2003).

[14] RABA Technologies, *Trusted agent report: Diebold AccuVote-TS voting system*, (Jan. 20, 2004), http://euro.ecom.cmu.edu/program/courses/tcr17-803/TA_Report_AccuVote.pdf.

out by Compuware.[15] It examined several DRE systems, including the AccuVote TS, and identified a number of high-risk security problems.

18. In 2006, independent security researcher Harri Hursti examined the hardware and firmware of AccuVote TS and TSX systems. He discovered problems with a software update mechanism that could allow malicious parties to infect the machines with malicious code.[16] Also in 2006, I and collaborators at Princeton obtained an AccuVote TS from a private party and reverse engineered its hardware and software.[17] Our study confirmed the results of the earlier security reviews and discovered a variety of additional serious vulnerabilities.

19. We demonstrated the vulnerabilities of the AccuVote TS by developing a piece of malware (malicious software) that could infect the machines and steal votes. The malware modifies all of the vote records, audit logs, and protective counters stored by the machine, so that even careful forensic examination of the files would find nothing amiss. The malware was programmed to inspect each ballot as it was cast and modify the minimum number of votes

---

[15] Compuware Corp., *Direct recording electronic (DRE) Technical Security Assessment Report* (Nov. 21, 2003), http://www.sos.state.oh.us/sos/hava/compuware112103.pdf.
[16] Harri Hursti, *Diebold TSx Evaluation Security Alert: May 11, 2006 Critical Security Issues with Diebold TSx*, IssueLab (May 11, 2006), https://www.issuelab.org/resources/1294/1294.pdf.
[17] Feldman, *supra* note 1.

necessary to ensure that the attacker's favored candidate always had at least a certain percentage of the vote total.

20. We also developed a voting machine virus that could spread the vote-stealing malware automatically and silently from machine to machine during normal pre- and post-election activities. The virus propagated via the removable memory cards that election officials use to program the ballot design before every election and to offload election results. By exploiting vulnerabilities in the AccuVote software, an infected memory card can spread the voting machine virus to the machine.

21. Once installed, the virus copies itself to every memory card inserted into the infected machine. If those cards were inserted into other machines, they too would become infected. As a result, an attacker could infect a large population of machines while only having temporary physical access to a single machine or memory card.

22. In 2007, the Secretary of State of California organized a comprehensive election security examination, the California Top-to-Bottom Review (TTBR[18]), which examined systems including the AccuVote TSX. I was part of a team of six experts who spent approximately 30 days examining the

[18] Cal. Sec'y of State, *Top-to-Bottom Review*, http://www.sos.ca.gov/elections/voting-systems/oversight/top-bottom-review/ (last accessed Aug. 7, 2018).

source code to the AccuVote system. Also in 2007, the Secretary of State of Ohio conducted a similar security study and source code review (Project EVEREST[19]), which also covered the AccuVote TSX system.

23. Both studies found additional, extremely serious security vulnerabilities. The TTBR report documents 24 serious security issues in the AccuVote TSX. These include software flaws, including buffer-overflow vulnerabilities, that attackers could exploit to install malicious software on the voting machines and on the election management back-end systems used to design and tabulate ballots. These flaws could be exploited to spread a vote-stealing virus that would propagate even more efficiently and be more difficult to detect than the virus developed in my 2006 study.

24. Some of the software vulnerabilities that affect the AccuVote machines can be corrected by improving the AccuVote software. For example, more recent versions of the AccuVote software have been modified to properly authenticate software updates, closing one of several routes by which malware could infect the machines. However, other vulnerabilities reflect deeper architectural problems that cannot be corrected through software changes. Since all

---

[19] Ohio Sec'y of State, *EVEREST: Evaluation and Validation of Election-Related Equipment, Standards and Testing* (Dec. 7, 2007), http://www.patrickmcdaniel.org/pubs/everest.pdf.

records of the vote are under software control, if there is any way for malware to infect the machine, the election results can be compromised.

25. The software that performs election functions on the AccuVote TS and TSX is called BallotStation. I understand that the machines used in Georgia use BallotStation version 4.5.2!, which I understand was developed in 2005. This software predates the California and Ohio studies, which examined version 4.6 in 2007. Therefore, it is almost certain that the serious vulnerabilities discovered in these studies remain uncorrected in the software on Georgia's machines.

26. I myself have developed demonstration vote-stealing malware that exploits vulnerabilities in BallotStation 4.3, 4.4, and 4.6—versions that closely predate and follow the software version used in Georgia.[20] Based on my examination of changes in the software that occurred between versions 4.4 and 4.6, I believe that similarly serious vulnerabilities are all but certain to affect Georgia's machines.

27. Moreover, the AccuVote TS and TSX machines rely on Windows CE as their operating system. This software has not been supported by Microsoft in

[20] I recently demonstrated for the New York Times an attack that can remotely steal votes on the AccuVote TSX. The demonstration machine used BallotStation 4.6. *See* Matteen Mokalla, Taige Jensen & J. Alex Halderman, I Hacked an Election. So Can the Russians., N.Y. Times (Apr. 5, 2018), https://www.nytimes.com/video/opinion/100000005790489/i-hacked-an-election-so-can-the-russ%20ians.html.

several years[21] and has been shown to have significant vulnerabilities itself, beyond those of the election-specific software.[22] Georgia's machines apparently have not had this operating system software updated since at least 2005.

28. Based on the results of the TTBR, California decertified the Accuvote TSX in 2007.[23] This was the case even though California's machines, unlike Georgia's, produced a voter-verifiable paper trail that could be used to detect and correct vote-stealing attacks. Georgia's machines have no such protection and apparently have not received software updates to correct any of the many security flaws discovered over the last 13 years, yet they remain in use.

**Vulnerabilities in Georgia's Machines Could Be Used to Attack Elections on a Wide Scale**

29. The security features built into Georgia's voting machines are inadequate to defend against cyberattacks. Whether voting machines are connected to the Internet is irrelevant. Sophisticated attackers, such as nation-states, have developed a variety of techniques for attacking non-Internet-connected

[21] Microsoft, Inc., *Search product lifecycle*, https://support.microsoft.com/en-us/lifecycle/search (search "Microsoft Windows CE .NET 4.0").
[22] CVE Details, Microsoft > Windows Ce: Vulnerability Statistics, https://www.cvedetails.com/product/1079/Microsoft-Windows-Ce.html?vendor_id=26 (last accessed Aug. 7, 2018).
[23] Cal. Sec'y of State, *Withdrawal of Approval of Diebold Election Systems, Inc.* (revised Oct. 25, 2007), http://votingsystems.cdn.sos.ca.gov/oversight/ttbr/diebold-102507.pdf.

systems.[24] There are several routes by which such attackers might infect Georgia's machines with malicious software.

30. Shortly before each election, poll workers must program every voting machine in Georgia with the ballot design, including the names of the races and candidates. This ballot programming is copied to each machine on a removable memory card, similar to the memory card used in a digital camera. If an attacker can modify the ballot programming files, the attacker can piggyback on the pre-election programming process to spread malicious software to the machines.

31. Ballot programming files are typically created by election officials on a regular desktop computer in a government office, or by an election service vendor that creates programming for voting machines across many jurisdictions. The computer software that generates the ballot programming files is called an election management system (EMS). If attackers can access the EMS, they can tamper with the ballot programming files it generates, and thereby spread a vote-stealing attack to voting machines across all jurisdictions serviced by the EMS.

---

[24] A well-known example of this ability, which is known as "jumping an air gap," is the Stuxnet computer virus, which was created to sabotage Iran's nuclear centrifuge program by attacking factory equipment that was not directly connected to the Internet. Kim Zetter, *An Unprecedented Look At Stuxnet, The World's First Digital Weapon*, Wired (Nov. 3, 2014), https://www.wired.com/2014/11/countdown-to-zero-day-stuxnet/.

32. Moreover, I understand that the primary vendor of Georgia's voting machines has recently announced it installed remote access software on EMS's it sold during the time period in which Georgia purchased its election machines.[25] Any remote access to the software installed on Georgia's election management systems creates a wide open door for hackers.

33. Furthermore, a local attacker with physical access to the machines can additionally tamper with them by manipulating the machines' removable memory cards. Access to these cards is protected using a low security lock that can be picked using only a paperclip or BIC pen.[26] The machines would have to be perfectly safeguarded at all times, beginning from the time they are manufactured, to avoid the possibility of being infected with malware that would stealthily affect future elections.

34. Here is one example of how an attack could proceed. Suppose a foreign government were to attempt to hack Georgia's voting machines to influence the outcome of an election. First, the attackers would probe state offices

[25] Kim Zetter, Top Voting Machine Vendor Admits It Installed Remote-Access Software on Systems Sold to States, Motherboard (July 17, 2018https://motherboard.vice.com/amp/en_us/article/mb4ezy/top-voting-machine-vendor-admits-it-installed-remote-access-software-on-systems-sold-to-states?__twitter_impression=true.

[26] Shown in this video demonstration: Matt Bernhard, Breaking into a voting machine using a pen, YouTube (Oct. 25, 2016), https://www.youtube.com/watch?v=vqNJL0fYwSk.

(or the offices of election service vendors) well in advance to find ways to break into the election management computers. Next, when it was clear which systems were most vulnerable and which races were the closest, the attackers would hijack the pre-election programming process to spread malware into voting machines in parts or all of the state. This malware would be designed to manipulate the machines to shift a few percent of the vote to favor the attacker's desired candidate. One would expect a skilled attacker's work to leave no visible signs.

**Procedural Safeguards Are Inadequate to Protect Georgia's Elections**

35. Procedural safeguards used by Georgia to protect its voting equipment are inadequate to guard against manipulation of the election outcome via cyberattack.

36. I understand that one safeguard used in Georgia is tamper-evident seals. These seals are designed to indicate whether someone has opened the chassis of the voting machine. Tamper evident seals do not protect against remote electronic attackers, and may not even defend against local attackers. The types of seals typically used for voting equipment can be bypassed without detection using

readily available tools.[27] For some seals, these include screwdrivers and hair dryers. By bypassing the seals, an attacker with physical access to the voting machines can modify their internal programming to make them output fraudulent results.

37. I understand that Georgia also employs so-called "logic and accuracy" (L&A) testing. In L&A testing, officials cast a small number of votes with known selections, then check whether the machine's output reflects the correct totals. This form of testing is designed to detect errors in the ballot design or counting logic. It provides little or no benefit against deliberate attacks.

38. Much as Volkswagen's emission systems were designed to detect that they were being tested by the EPA and to only cheat while not under test, malware that has infected a voting machine can be programmed to detect and circumvent L&A testing. For example, L&A testing on the AccuVote TS and TSX voting machines is typically performed by putting the machines into a special "test mode" that is not used during regular voting. Malware can detect that the machine is in test mode and suppress cheating until actual voting begins. Similarly, both models of voting machine have digital clocks. Malware can be programmed to cheat only

---

[27] Andrew W. Appel, Security Seals on Voting Machines: A Case Study, ACM Transactions on Information and System Security (2011), https://www.cs.princeton.edu/~appel/voting/SealsOnVotingMachines.pdf.

at the moment polls close on Election Day, so that testing performed at an earlier or later time would show nothing amiss. I myself have programmed malware for the AccuVote TS and TSX voting machines that uses methods similar to these to avoid detection during L&A testing.

39. I understand that Georgia also employs a testing technique known as "parallel testing." Officials select a small number of voting machines that have been prepared for use in the election and set them aside for testing. Over the course of Election Day, workers cast votes with known selections on these machines. At the end of the day, they compare the results produced by the machines to the known-correct totals.

40. Parallel testing provides limited and insufficient protection against attacks. Like L&A testing, it can be defeated if malware can detect that testing is taking place. Workers who are casting scripted votes are likely to behave differently from real voters, such as by taking less time to read instructions, and malware could be programmed to detect such differences.

41. In any event, parallel testing that occurs during or after the election is necessarily too late to prevent attackers from sabotaging the election. If the testing reveals, at the close of the election, that the machines were counting incorrectly,

there will likely be no way to recover the true results, since the machines used in Georgia have no paper backup records.

42. However it is practiced, the most that parallel testing can establish is that the specific machines that were tested counted correctly during the test. If only a fraction of machines are programmed to cheat—or if all the machines are programmed to cheat only a fraction of the times they are powered on—parallel testing would have a low probability of detecting the fraud. Such fraud could affect a sufficient number of votes to change the outcome of a close race.

43. Another proposed method of detecting fraud is to look for statistical anomalies or outliers in the election results and to re-examine the machines or election data in those localities. This approach is inadequate for several reasons.

44. First, it is difficult or impossible to *rule out* electronic fraud by re-examining the machines. At best, it is possible that careful digital forensics would reveal evidence of fraud if it indeed occurred. However, it is also possible that a carefully constructed attack would leave no forensic traces, or that what traces there were would be missed by a cursory re-examination.

45. For example, if the machines were infected by malware during voting, such malware could alter all records of the votes then erase itself when polls close. In this case, nothing would appear to be amiss even if officials re-tallied all the

election data from the machine. I myself have written malware that behaves this way on the AccuVote TS.

46. Second, even if a careful forensic examination proved that fraud occurred, it would likely be impossible to determine the true vote totals. Suppose that an investigation showed that certain machines were infected with malware that flipped a random percentage of votes from one candidate to another as they were being recorded. Since Georgia's machines have no paper record of individual ballots, the voters' choices would be permanently lost.

47. Third, a stealthily executed attack would not create tell-tale anomalies or draw attention to specific locations or machines. For instance, an attack that shifted a small fraction of the vote uniformly across an entire house district would be difficult to distinguish from bias in pre-election polling.

48. Finally, as with parallel testing, investigation after the election is no help if the attacker's intention is to sabotage the voting process. Disruptive attacks—such as preventing machines from turning on in jurisdictions that favor a particular candidate—could cause a partisan shift in the election outcome.

**Adopting Paper Ballots and Post-Election Audits Is the Only Practical Way to Safeguard Elections in Georgia**

49. In light of the threat of cyberattacks intended to affect the outcome of the upcoming election; the profound vulnerability of Georgia's voting machines to cyberattack; and the fact that a skilled attacker would leave no outwardly visible evidence of an attack, the only way to reliably safeguard Georgia's voting system against future cyberattacks is to generate and examine physical evidence of voter intent, in the form of a voter-verifiable paper trail. Such a paper trail is not available today in Georgia—except for absentee ballots—given Georgia's 100% electronic system. Only five states, including Georgia, continue to rely exclusively on such paperless machines.

50. Optical-scan paper ballots are the most widely used voting method in the United States, and they are the most secure technology available for casting votes. In this style of voting system, the voter fills out a paper ballot that is scanned and counted by a computer and retained in a ballot box. (Voters with accessibility needs complete their ballots using assistive technology, such as a ballot marking device provided at the polling place.) This process results in two independent records of each vote: a digital record created by the scanner, and a physical record in the form of the paper ballot.

51. By combining physical and electronic records of each vote, optical-scan paper ballots can achieve a level of security that is much greater than that of electronic voting or traditional hand-counting. The paper ballots provide an individual, physical record of the voter's selections that cannot be changed by malware or other forms of cyberattack, even if the computer scanners used to read the ballots are compromised. At the same time, the digital records provide a safeguard against low-tech attacks, such as physically stuffing the ballot box.

52. In a post-election audit, officials can use random sampling to efficiently confirm that the paper and digital records reflect the same election outcome. Although a high-tech attacker might still manipulate the digital records, and a group of low-tech criminals with sufficient physical access might manipulate some of the paper records, altering *both* sets of records in a way that reflected the same election outcome would require a truly extraordinary conspiracy.

53. The paper ballots already used in Georgia (for absentee voters) and other states can be audited or counted much more easily and reliably than the punched card paper ballots that were recounted in Florida during the 2000 presidential election. Punched card ballots are fragile, so each time they are counted, the record of voters' intent may be inadvertently altered. They are also difficult to interpret, sometimes requiring a magnifying glass to discern whether

the voter intended to make a mark. Georgia's optically scanned absentee ballots are a completely different technology. They create a persistent and readily interpretable record of voters' intent that does not suffer from these problems, and they can be counted and audited efficiently.

54. In March, Congress provided $380 million in new funding to the States under the Help America Vote Act, including more than $10 million to Georgia. The appropriation included a joint explanatory statement of Congress's intent: "states may use this funding to: replace voting equipment that only records a voter's intent electronically with equipment that utilizes a voter-verified paper record; implement a post-election audit system that provides a high-level of confidence in the accuracy of the final vote tally. . . ."[28]

55. Furthermore, in May, the U.S. Senate Select Committee on Intelligence recommended that "States should rapidly replace outdated and vulnerable voting systems. At a minimum, any machine purchased going forward should have a voter-verified paper trail." In addition, "States should consider implementing more widespread, statistically sound audits of election results."

56. Many states have implemented or are implementing these protections.

[28] U.S. Election Assistance Comm'n, HAVA Funds Background (Mar. 30, 2018), https://www.eac.gov/assets/1/6/2018_HAVA_Funds_background.pdf.

**Georgia Should Replace DREs With Paper Ballots and Appropriate Post-Election Audits**

57. All of Georgia's votes (that are not cast via absentee ballot) are recorded on DRE voting machines that do not generate any paper record of the individual votes. The only practical way to safeguard Georgia's upcoming election is to discontinue the use of Georgia's DREs, require the use of optical scan paper ballots throughout Georgia, and mandate auditing of the results to ensure that the optical scanners were not attacked with malware to infect the automated counting of the ballots.

Dated: August 7, 2018
Ann Arbor, Michigan

J. ALEX HALDERMAN

# EXHIBIT A

# J. Alex Halderman

Professor, Computer Science and Engineering
*University of Michigan*

2260 Hayward Street
Ann Arbor, MI 48109 USA
(*office*) +1 734 647 1806
jhalderm@eecs.umich.edu
J.AlexHalderman.com

August 7, 2018

## Research Overview

My research focuses on computer security and privacy, with an emphasis on problems that broadly impact society and public policy. Topics that interest me include software security, network security, data privacy, anonymity, surveillance, electronic voting, censorship resistance, computer forensics, ethics, and cybercrime. I'm also interested in the interaction of technology with politics and international affairs.

### Selected Projects

'17: Weaknesses in TLS interception middleboxes
'16: Let's Encrypt HTTPS certificate authority
'16: DROWN: Attacking TLS with SSLv2
'15: Weak Diffie-Hellman and the Logjam attack
'14: Understanding Heartbleed's aftermath
'14: Security problems in full-body scanners
'14: Analysis of Estonia's Internet voting system
'13: ZMap Internet-wide network scanner
'12: Widespread weak keys in network devices
'11: Anticensorship in the network infrastructure
'10: Hacking Washington D.C.'s Internet voting
'10: Vulnerabilities in India's e-voting machines
'10: Reshaping developers' security incentives
'09: Analysis of China's Green Dam censorware
'09: Fingerprinting paper with desktop scanners
'08: Cold-boot attacks on encryption keys
'07: California's "top-to-bottom" e-voting review
'07: Machine-assisted election auditing
'06: The Sony rootkit: DRM's harmful side effects
'03: Analysis of MediaMax "shift key" DRM

## Positions

– **University of Michigan**, Ann Arbor, MI
Department of Electrical Engineering and Computer Science,
Computer Science and Engineering Division

*Professor* … (2016–present)
*Associate Professor* … (2015–2016)
*Assistant Professor* … (2009–2015)

*Director*, Center for Computer Security and Society (2014–present)

– **Censys**; Co-founder and Chief Scientist (2017–present)

## Education

– Ph.D. in Computer Science, Princeton University, June 2009
Advisor: Ed Felten
Thesis: *Investigating Security Failures and their Causes: An Analytic Approach to Computer Security*
Doctoral committee: Andrew Appel, Adam Finkelstein, Brian Kernighan, Avi Rubin

– A.B. in Computer Science, *summa cum laude*, Princeton University, June 2003

## Honors and Awards

- Merit Network's Eric Aupperle Innovation Award (2017)
  ("named for Merit's first president, recognizes individuals that enhance their work by using networking and related technologies in exciting ways")
- Pwnie Award in the category of "Best Cryptographic Attack"
  for "DROWN: Breaking TLS using SSLv2," Black Hat 2016
- Finalist for 2016 Facebook Internet Defense Prize
  for "DROWN: Breaking TLS using SSLv2"
- Named one of Popular Science's "Brilliant 10" (2015) ("each year *Popular Science* honors the brightest young minds reshaping science, engineering, and the world")
- **Best Paper Award** of the 22nd ACM Conference on Computer and Communications Security for "Imperfect Forward Secrecy: How Diffie-Hellman Fails in Practice" (2015)
- Pwnie Award in the category of "Most Innovative Research"
  for "Imperfect Forward Secrecy: How Diffie-Hellman Fails in Practice," Black Hat 2015
- IRTF Applied Networking Research Prize for "Neither Snow Nor Rain Nor MITM. . . An Empirical Analysis of Email Delivery Security" (2015)
- Alfred P. Sloan Research Fellowship (2015)
- University of Michigan College of Engineering 1938 E Award (2015) ("recognizes an outstanding teacher in both elementary and advanced courses, an understanding counselor of students who seek guidance in their choice of a career, a contributor to the educational growth of the College, and a teacher whose scholarly integrity pervades his/her service and the profession of Engineering")
- Morris Wellman Faculty Development Assistant Professorship (2015)
  ("awarded to a junior faculty member to recognize outstanding contributions to teaching and research")
- **Best Paper Award** of the 14th ACM Internet Measurement Conference
  for "The Matter of Heartbleed" (2014)
- **Best Paper Award** of the 21st USENIX Security Symposium
  for "Mining Your Ps and Qs: Detection of Widespread Weak Keys in Network Devices" (2012)
- Runner-up for 2012 PET Award for Outstanding Research in Privacy Enhancing Technologies for "Telex: Anticensorship in the Network Infrastructure" (2012)
- John Gideon Memorial Award from the Election Verification Network
  for contributions to election verification (2011)
- **Best Student Paper** of the 17th USENIX Security Symposium
  for "Lest We Remember: Cold Boot Attacks on Encryption Keys" (2008)
- Pwnie Award in the category of "Most Innovative Research"
  for "Lest We Remember: Cold Boot Attacks on Encryption Keys," Black Hat 2008
- Charlotte Elizabeth Procter Honorific Fellowship, Princeton University (2007)
  ("awarded in recognition of outstanding performance and professional promise, and represents high commendation from the Graduate School")

- National Science Foundation Graduate Research Fellowship (2004–2007)
- Best Paper Award of the 8th International Conference on 3D Web Technology for "Early Experiences with a 3D Model Search Engine" (2003)
- Princeton Computer Science Department Senior Award (2003)
- Accenture Prize in Computer Science, Princeton University (2002)
- Martin A. Dale Summer Award, Princeton University (2000)
- USA Computing Olympiad National Finalist (1996 and 1997)

## Refereed Conference Publications

[1] **403 Forbidden: A Global View of Geoblocking**
Allison McDonald, Matthew Bernhard, Benjamin VanderSloot, Will Scott, J. A. Halderman, and Roya Ensafi
To appear in *Proc. 18th ACM Internet Measurement Conference* (IMC), October 2018.

[2] **Scalable Remote Measurement of Application-Layer Censorship**
Benjamin VanderSloot, Allison McDonald, Will Scott, J. A. Halderman, and Roya Ensafi
To appear in *Proc. 27th USENIX Security Symposium*, August 2018.
Acceptance rate: 19%, 100/524.

[3] **Tracking Certificate Misissuance in the Wild**
Deepak Kumar, Zhengping Wang, Matthew Hyder, Joseph Dickinson, Gabrielle Beck, David Adrian, Joshua Mason, Zakir Durumeric, J. A. Halderman, and Michael Bailey
*Proc. 39th IEEE Symposium on Security and Privacy* ("Oakland"), May 2018.

[4] **Initial Measurements of the Cuban Street Network**
Eduardo Pujol, Will Scott, Eric Wustrow, and J. A. Halderman
*Proc. 17th ACM Internet Measurement Conference* (IMC), London, November 2017.
Acceptance rate: 23%, 42/179.

[5] **Public Evidence from Secret Ballots**
Matthew Bernhard, Josh Benaloh, J. A. Halderman, Ronald L. Rivest, Peter Y. A. Ryan, Philip B. Stark, Vanessa Teague, Poorvi L. Vora, and Dan S. Wallach
*Proc. 2nd International Joint Conference on Electronic Voting* (E-Vote-ID), Bregenz, Austria, October 2017.

[6] **Understanding the Mirai Botnet**
Manos Antonakakis, Tim April, Michael Bailey, Matt Bernhard, Elie Bursztein, Jaime Cochran, Zakir Durumeric, J. A. Halderman, Luca Invernizzi, Michalis Kallitsis, Deepak Kumar, Chaz Lever, Zane Ma, Joshua Mason, Damian Menscher, Chad Seaman, Nick Sullivan, Kurt Thomas, and Yi Zhou
*Proc. 26th USENIX Security Symposium*, Vancouver, BC, August 2017.
Acceptance rate: 16%, 85/522.

[7] **Security Challenges in an Increasingly Tangled Web**
Deepak Kumar, Zane Ma, Zakir Durumeric, Ariana Mirian, Joshua Mason, J. A. Halderman, and Michael Bailey
*Proc. 26th World Wide Web Conference* (WWW), April 2017.
Acceptance rate: 17%, 164/966.

[8] **The Security Impact of HTTPS Interception**
Zakir Durumeric, Zane Ma, Drew Springall, Richard Barnes, Nick Sullivan, Elie Bursztein, Michael Bailey, J. A. Halderman, and Vern Paxson
*Proc. 24th Network and Distributed Systems Symposium* (NDSS), February 2017.
Acceptance rate: 16%, 68/423.

[9] **Measuring Small Subgroup Attacks Against Diffie-Hellman**
Luke Valenta, David Adrian, Antonio Sanso, Shaanan Cohney, Joshua Fried, Marcella Hastings, J. A. Halderman, and Nadia Heninger
*Proc. 24th Network and Distributed Systems Symposium* (NDSS), February 2017.
Acceptance rate: 16%, 68/423.

[10] **An Internet-Wide View of ICS Devices**
Ariana Mirian, Zane Ma, David Adrian, Matthew Tischer, Thasphon Chuenchujit, Tim Yardley, Robin Berthier, Josh Mason, Zakir Durumeric, J. A. Halderman, and Michael Bailey
*Proc. 14th IEEE Conference on Privacy, Security, and Trust* (PST), Auckland, NZ, December 2016.

[11] **Implementing Attestable Kiosks**
Matthew Bernhard, J. A. Halderman, and Gabe Stocco
*Proc. 14th IEEE Conference on Privacy, Security, and Trust* (PST), Auckland, NZ, December 2016.

[12] **A Security Analysis of Police Computer Systems**
Benjamin VanderSloot, Stuart Wheaton, and J. A. Halderman
*Proc. 14th IEEE Conference on Privacy, Security, and Trust* (PST), Auckland, NZ, December 2016.

[13] **Measuring the Security Harm of TLS Crypto Shortcuts**
Drew Springall, Zakir Durumeric, and J. A. Halderman
*Proc. 16th ACM Internet Measurement Conference* (IMC), Santa Monica, November 2016.
Acceptance rate: 25%, 46/184.

[14] **Towards a Complete View of the Certificate Ecosystem**
Benjamin VanderSloot, Johanna Amann, Matthew Bernhard, Zakir Durumeric, Michael Bailey, and J. A. Halderman
*Proc. 16th ACM Internet Measurement Conference* (IMC), Santa Monica, November 2016.
Acceptance rate: 25%, 46/184.

[15] **DROWN: Breaking TLS using SSLv2**
Nimrod Aviram, Sebastian Schinzel, Juraj Somorovsky, Nadia Heninger, Maik Dankel, Jens Steube, Luke Valenta, David Adrian, J. A. Halderman, Viktor Dukhovni, Emilia Käsper, Shaanan Cohney, Susanne Engels, Christof Paar, and Yuval Shavitt
*Proc. 25th USENIX Security Symposium*, Austin, TX, August 2016.

Acceptance rate: 16%, 72/463.
**Tied for highest ranked submission.**
Pwnie award for best cryptographic attack.
Facebook Internet Defense Prize finalist.

[16] **FTP: The Forgotten Cloud**
Drew Springall, Zakir Durumeric, and J. A. Halderman
*Proc. 46th IEEE/IFIP International Conference on Dependable Systems and Networks* (DSN), Toulouse, June 2016.
Acceptance rate: 22%, 58/259.

[17] **Android UI Deception Revisited: Attacks and Defenses**
Earlence Fernandes, Qi Alfred Chen, Justin Paupore, Georg Essl, J. A. Halderman, Z. Morley Mao, and Atul Prakash
*Proc. 20th International Conference on Financial Cryptography and Data Security* (FC), Barbados, February 2016.

[18] **Imperfect Forward Secrecy: How Diffie-Hellman Fails in Practice**
David Adrian, Karthikeyan Bhargavan, Zakir Durumeric, Pierrick Gaudry, Matthew Green, J. A. Halderman, Nadia Heninger, Drew Springall, Emmanuel Thomé, Luke Valenta, Benjamin VanderSloot, Eric Wustrow, Santiago Zanella-Béguelin, and Paul Zimmermann
*Proc. 22nd ACM Conference on Computer and Communications Security* (CCS), Denver, CO, October 2015.
Acceptance rate: 19%, 128/659.
**Best paper award. Perfect review score.**
Pwnie award for most innovative research.

[19] **Censys: A Search Engine Backed by Internet-Wide Scanning**
Zakir Durumeric, David Adrian, Ariana Mirian, Michael Bailey, and J. A. Halderman
*Proc. 22nd ACM Conference on Computer and Communications Security* (CCS), Denver, CO, October 2015.
Acceptance rate: 19%, 128/659.

[20] **Neither Snow Nor Rain Nor MITM... An Empirical Analysis of Email Delivery Security**
Zakir Durumeric, David Adrian, Ariana Mirian, James Kasten, Elie Bursztein, Nicholas Lidzborski, Kurt Thomas, Vijay Eranti, Michael Bailey, and J. A. Halderman
*Proc. 15th ACM Internet Measurement Conference* (IMC), Tokyo, October 2015.
Acceptance rate: 26%, 44/169.
**IRTF Applied Networking Research Prize winner.**

[21] **The New South Wales iVote System: Security Failures and Verification Flaws in a Live Online Election**
J. A. Halderman and Vanessa Teague
*Proc. 5th International Conference on E-Voting and Identity* (VoteID), Bern, Switzerland, September 2015.

[22] The Matter of Heartbleed
Zakir Durumeric, Frank Li, James Kasten, Johanna Amann, Jethro Beekman, Mathias Payer, Nicolas Weaver, David Adrian, Vern Paxson, Michael Bailey, and J. A. Halderman
*Proc. 14th ACM Internet Measurement Conference* (IMC), November 2014.
Acceptance rate: 23%, 43/188
**Best paper award.**
Honorable mention for Best dataset award.

[23] **Security Analysis of the Estonian Internet Voting System**
Drew Springall, Travis Finkenauer, Zakir Durumeric, Jason Kitcat, Harri Hursti, Margaret MacAlpine, and J. A. Halderman
*Proc. 21st ACM Conference on Computer and Communications Security* (CCS), Scottsdale, AZ, November 2014.
Acceptance rate: 19%, 114/585.
**Highest ranked submission.**

[24] **Efficiently Auditing Multi-Level Elections**
Joshua A. Kroll, Edward W. Felten, and J. A. Halderman
*Proc. 6th International Conference on Electronic Voting* (EVOTE), Lochau, Austria, October 2014.

[25] **Security Analysis of a Full-Body Scanner**
Keaton Mowery, Eric Wustrow, Tom Wypych, Corey Singleton, Chris Comfort, Eric Rescorla, Stephen Checkoway, J. A. Halderman, and Hovav Shacham
*Proc. 23rd USENIX Security Symposium*, San Diego, CA, August 2014.
Acceptance rate: 19%, 67/350.

[26] **TapDance: End-to-Middle Anticensorship without Flow Blocking**
Eric Wustrow, Colleen Swanson, and J. A. Halderman
*Proc. 23rd USENIX Security Symposium*, San Diego, CA, August 2014.
Acceptance rate: 19%, 67/350.

[27] **An Internet-Wide View of Internet-Wide Scanning**
Zakir Durumeric, Michael Bailey, and J. A. Halderman
*Proc. 23rd USENIX Security Symposium*, San Diego, CA, August 2014.
Acceptance rate: 19%, 67/350.

[28] **Elliptic Curve Cryptography in Practice**
Joppe W. Bos, J. A. Halderman, Nadia Heninger, Jonathan Moore, Michael Naehrig, and Eric Wustrow
*Proc. 18th Intl. Conference on Financial Cryptography and Data Security (FC)*, March 2014.
Acceptance rate: 22%, 31/138.

[29] **Outsmarting Proctors with Smartwatches: A Case Study on Wearable Computing Security**
Alex Migicovsky, Zakir Durumeric, Jeff Ringenberg, and J. A. Halderman
*Proc. 18th Intl. Conference on Financial Cryptography and Data Security (FC)*, March 2014.
Acceptance rate: 22%, 31/138.

[30] **Analysis of the HTTPS Certificate Ecosystem**
Zakir Durumeric, James Kasten, Michael Bailey, and J. A. Halderman
*Proc. 13th ACM Internet Measurement Conference (IMC)*, Barcelona, Spain, October 2013.
Acceptance rate: 24%, 42/178.

[31] **ZMap: Fast Internet-Wide Scanning and its Security Applications**
Zakir Durumeric, Eric Wustrow, and J. A. Halderman
*Proc. 22nd USENIX Security Symposium*, Washington, D.C., August 2013.
Acceptance rate: 16%, 45/277.

[32] **CAge: Taming Certificate Authorities by Inferring Restricted Scopes**
James Kasten, Eric Wustrow, and J. A. Halderman
*Proc. 17th Intl. Conference on Financial Cryptography and Data Security (FC)*, April 2013.

[33] **Mining Your Ps and Qs: Detection of Widespread Weak Keys in Network Devices**
Nadia Heninger, Zakir Durumeric, Eric Wustrow, and J. A. Halderman
*Proc. 21st USENIX Security Symposium*, pages 205–220, Bellevue, WA, August 2012.
Acceptance rate: 19%, 43/222.
**Best paper award.**
Named one of *Computing Reviews'* Notable Computing Books and Articles of 2012.

[34] **Attacking the Washington, D.C. Internet Voting System**
Scott Wolchok, Eric Wustrow, Dawn Isabel, and J. A. Halderman
In Angelos D. Keromytis, editor, *Financial Cryptography and Data Security (FC)*, volume 7397 of *Lecture Notes in Computer Science*, pages 114–128. Springer, 2012.
Acceptance rate: 26%, 23/88.
**Election Verification Network John Gideon Memorial Award.**

[35] **Telex: Anticensorship in the Network Infrastructure**
Eric Wustrow, Scott Wolchok, Ian Goldberg, and J. A. Halderman
*Proc. 20th USENIX Security Symposium*, pages 459–474, San Francisco, CA, August 2011.
Acceptance rate: 17%, 35/204.
**Runner-up for 2012 PET Award** for Outstanding Research in Privacy Enhancing Technologies.

[36] **Internet Censorship in China: Where Does the Filtering Occur?**
Xueyang Xu, Z. Morley Mao, and J. A. Halderman
In Neil Spring and George F. Riley, editors, *Passive and Active Measurement*, volume 6579 of *Lecture Notes in Computer Science*, pages 133–142. Springer, 2011.
Acceptance rate: 29%, 23/79.

[37] **Absolute Pwnage: Security Risks of Remote Administration Tools**
Jay Novak, Jonathan Stribley, Kenneth Meagher, and J. A. Halderman
In George Danezis, editor, *Financial Cryptography and Data Security (FC)*, volume 7035 of *Lecture Notes in Computer Science*, pages 77–84. Springer, 2011.
Acceptance rate: 20%, 15/74.

[38] **Security Analysis of India's Electronic Voting Machines**
Scott Wolchok, Eric Wustrow, J. A. Halderman, Hari K. Prasad, Arun Kankipati, Sai Krishna Sakhamuri, Vasavya Yagati, and Rop Gonggrijp
*Proc. 17th ACM Conference on Computer and Communications Security (CCS)*, pages 1–14. ACM, Chicago, IL, October 2010.
Acceptance rate: 17%, 55/320.
**Highest ranked submission.**

[39] **Sketcha: A Captcha Based on Line Drawings of 3D Models**
Steve Ross, J. A. Halderman, and Adam Finkelstein
*Proc. 19th International World Wide Web Conference (WWW)*, pages 821–830. ACM, Raleigh, NC, April 2010.
Acceptance rate: 12%, 91/754.

[40] **Defeating Vanish with Low-Cost Sybil Attacks Against Large DHTs**
Scott Wolchok, Owen S. Hofmann, Nadia Heninger, Edward W. Felten, J. A. Halderman, Christopher J. Rossbach, Brent Waters, and Emmett Witchel
In *Proc. 17th Network and Distributed System Security Symposium (NDSS)*. Internet Society, San Diego, CA, February–March 2010.
Acceptance rate: 15%, 24/156.

[41] **Fingerprinting Blank Paper Using Commodity Scanners**
William Clarkson, Tim Weyrich, Adam Finkelstein, Nadia Heninger, J. A. Halderman, and Edward W. Felten
*IEEE Symposium on Security and Privacy ("Oakland")*, pages 301–314. IEEE, May 2009.
Acceptance rate: 10%, 26/254.

[42] **Lest We Remember: Cold-Boot Attacks on Encryption Keys**
J. A. Halderman, Seth D. Schoen, Nadia Heninger, William Clarkson, William Paul, Joseph A. Calandrino, Ariel J. Feldman, Jacob Appelbaum, and Edward W. Felten
*Proc. 17th USENIX Security Symposium*, pages 45–60, San Jose, CA, July 2008.
Acceptance rate: 16%, 27/170.
**Best student paper award.**
Pwnie award for most innovative research.

[43] **Harvesting Verifiable Challenges from Oblivious Online Sources**
J. A. Halderman and Brent Waters
*Proc. 14th ACM Conference on Computer and Communications Security (CCS)*, pages 330–341. ACM, Washington, D.C., October 2007.
Acceptance rate: 18%, 55/302.

[44] **Lessons from the Sony CD DRM Episode**
J. A. Halderman and Edward W. Felten
*Proc. 15th USENIX Security Symposium*, pages 77–92, Vancouver, BC, August 2006.
Acceptance rate: 12%, 22/179.

[45] **A Convenient Method for Securely Managing Passwords**
J. A. Halderman, Brent Waters, and Edward W. Felten
*Proc. 14th International World Wide Web Conference (WWW)*, pages 471–479. ACM, Chiba, Japan, May 2005.
Acceptance rate: 14%, 77/550.

[46] **New Client Puzzle Outsourcing Techniques for DoS Resistance**
Brent Waters, Ari Juels, J. A. Halderman, and Edward W. Felten
*Proc. 11th ACM Conference on Computer and Communications Security (CCS)*, pages 246–256. ACM, Washington, D.C., October 2004.
Acceptance rate: 14%, 35/251.

[47] **Early Experiences with a 3D Model Search Engine**
Patrick Min, J. A. Halderman, Michael Kazhdan, and Thomas Funkhouser
*Proc. 8th International Conference on 3D Web Technology (Web3D)*, pages 7–18. ACM, Saint Malo, France, March 2003.
**Best paper award.**

## Book Chapters

[48] **Practical Attacks on Real-world E-voting**
J. A. Halderman
In Feng Hao and Peter Y. A. Ryan (Eds.), *Real-World Electronic Voting: Design, Analysis and Deployment*, pages 145–171, CRC Press, December 2016.

## Journal Publications

[49] **Lest We Remember: Cold-Boot Attacks on Encryption Keys**
J. A. Halderman, Seth D. Schoen, Nadia Heninger, William Clarkson, William Paul, Joseph A. Calandrino, Ariel J. Feldman, Jacob Appelbaum, and Edward W. Felten
*Communications of the ACM*, 52(5):91–98, 2009.

[50] **A Search Engine for 3D Models**
Thomas Funkhouser, Patrick Min, Michael Kazhdan, Joyce Chen, J. A. Halderman, David P. Dobkin, and David Jacobs
*ACM Transactions on Graphics (TOG)*, 22(1):83–105, 2003.

## Refereed Workshop Publications

[51] **An ISP-Scale Deployment of TapDance**
Sergey Frolov, Fred Douglas, Will Scott, Allison McDonald, Benjamin VanderSloot, Rod Hynes, Adam Kruger, Michalis Kallitsis, David G. Robinson, Nikita Borisov, J. A. Halderman, and Eric Wustrow
*Proc. 7th USENIX Workshop on Free and Open Communications on the Internet* (FOCI), August 2017.

[52] **Content-Based Security for the Web**
Alexander Afanasyev, J. A. Halderman, Scott Ruoti, Kent Seamons, Yingdi Yu, Daniel Zappala, and Lixia Zhang
*Proc. 2016 New Security Paradigms Workshop* (NSPW), September 2016.

[53] **Umbra: Embedded Web Security through Application-Layer Firewalls**
Travis Finkenauer and J. A. Halderman
*Proc. 1st Workshop on the Security of Cyberphysical Systems (WOS-CPS)*, Vienna, Austria, September 2015.

[54] **Replication Prohibited: Attacking Restricted Keyways with 3D Printing**
Ben Burgess, Eric Wustrow, and J. A. Halderman
*Proc. 9th USENIX Workshop on Offensive Technologies (WOOT)*, Washington, DC, August 2015.

[55] **Green Lights Forever: Analyzing the Security of Traffic Infrastructure**
Branden Ghena, William Beyer, Allen Hillaker, Jonathan Pevarnek, and J. A. Halderman
*Proc. 8th USENIX Workshop on Offensive Technologies (WOOT)*, San Diego, CA, August 2014.

[56] **Zippier ZMap: Internet-Wide Scanning at 10Gbps**
David Adrian, Zakir Durumeric, Gulshan Singh, and J. A. Halderman
*Proc. 8th USENIX Workshop on Offensive Technologies (WOOT)*, San Diego, CA, August 2014.

[57] **Internet Censorship in Iran: A First Look**
Simurgh Aryan, Homa Aryan, and J. A. Halderman
*Proc. 3rd USENIX Workshop on Free and Open Communications on the Internet (FOCI)*, Washington, D.C., August 2013.

[58] **Illuminating the Security Issues Surrounding Lights-Out Server Management**
Anthony Bonkoski, Russ Bielawski, and J. A. Halderman
*Proc. 7th USENIX Workshop on Offensive Technologies (WOOT)*, Washington, D.C., August 2013.

[59] **Crawling BitTorrent DHTs for Fun and Profit**
Scott Wolchok and J. A. Halderman
*Proc. 4th USENIX Workshop on Offensive Technologies (WOOT)*, Washington, D.C., August 2010.

[60] **Can DREs Provide Long-Lasting Security?
The Case of Return-Oriented Programming and the AVC Advantage**
Steve Checkoway, Ariel J. Feldman, Brian Kantor, J. A. Halderman, Edward W. Felten, and Hovav Shacham
*Proc. 2009 USENIX/ACCURATE/IAVoSS Electronic Voting Technology Workshop / Workshop on Trustworthy Elections (EVT/WOTE)*, Montreal, QC, August 2009.

[61] **You Go to Elections with the Voting System You Have:
Stop-Gap Mitigations for Deployed Voting Systems**
J. A. Halderman, Eric Rescorla, Hovav Shacham, and David Wagner
In *Proc. 2008 USENIX/ACCURATE Electronic Voting Technology Workshop (EVT)*, San Jose, CA, July 2008.

[62] **In Defense of Pseudorandom Sample Selection**
Joseph A. Calandrino, J. A. Halderman, and Edward W. Felten
*Proc. 2008 USENIX/ACCURATE Electronic Voting Technology Workshop (EVT)*, San Jose, CA, July 2008.

[63] **Security Analysis of the Diebold AccuVote-TS Voting Machine**
Ariel J. Feldman, J. A. Halderman, and Edward W. Felten
*Proc. 2007 USENIX/ACCURATE Electronic Voting Technology Workshop (EVT)*, Washington, D.C., August 2007.

[64] **Machine-Assisted Election Auditing**
Joseph A. Calandrino, J. A. Halderman, and Edward W. Felten
*Proc. USENIX/ACCURATE Electronic Voting Technology Workshop (EVT)*, Washington, D.C., August 2007.

[65] **Privacy Management for Portable Recording Devices**
J. A. Halderman, Brent Waters, and Edward W. Felten
*Proc. 2004 ACM Workshop on Privacy in the Electronic Society (WPES)*, pages 16–24, ACM, Washington, D.C., October 2004.
Acceptance rate: 22%, 10/45.

[66] **Evaluating New Copy-Prevention Techniques for Audio CDs**
J. A. Halderman
In Joan Feigenbaum, editor, *Digital Rights Management*, volume 2696 of *Lecture Notes in Computer Science*, pages 101–117. Springer, 2003.

## Selected Other Publications

[67] **U.S. Senate Testimony Regarding Russian Interference in the 2016 U.S. Elections**
J. A. Halderman
Testimony before the U.S. Senate Select Committee on Intelligence, June 21, 2017.

[68] **Here's How to Keep Russian Hackers from Attacking the 2018 Elections**
J. A. Halderman and J. Talbot-Zorn
*The Washington Post*, June 21, 2017.

[69] **Want to Know if the Election was Hacked? Look at the Ballots**
J. A. Halderman
Posted on Medium, November 23, 2016. (Read by over a million people.)

[70] **The Security Challenges of Online Voting Have Not Gone Away**
Robert Cunningham, Matthew Bernhard, and J. A. Halderman
*IEEE Spectrum*, November 3, 2016.

[71] **TIVOS: Trusted Visual I/O Paths for Android**
Earlence Fernandes, Qi Alfred Chen, Georg Essl, J. A. Halderman, Z. Morley Mao, and Atul Prakash
Technical report, Computer Science and Engineering Division, University of Michigan, Ann Arbor, MI, May 2014.

[72] **Tales from the Crypto Community: The NSA Hurt Cybersecurity. Now It Should Come Clean**
Nadia Heninger and J. A. Halderman
*Foreign Affairs*, October 23, 2013.

[73] **Ethical Issues in E-Voting Security Analysis**
David G. Robinson and J. A. Halderman
In George Danezis, Sven Dietrich, and Kazue Sako, editors, *Financial Cryptography and Data Security*, volume 7126 of *Lecture Notes in Computer Science*, pages 119–130. Springer, 2011. Invited paper.

[74] **To Strengthen Security, Change Developers' Incentives**
J. A. Halderman
*IEEE Security & Privacy*, 8(2):79–82, March/April 2010.

[75] **Analysis of the Green Dam Censorware System**
Scott Wolchok, Randy Yao, and J. A. Halderman
Technical report, Computer Science and Engineering Division, University of Michigan, Ann Arbor, MI, June 2009.

[76] **AVC Advantage: Hardware Functional Specifications**
J. A. Halderman and Ariel J. Feldman
Technical report, TR-816-08, Princeton University Computer Science Department, Princeton, New Jersey, March 2008.

[77] **Source Code Review of the Diebold Voting System**
J. A. Calandrino, A. J. Feldman, J. A. Halderman, D. Wagner, H. Yu, and W. Zeller
Technical report, California Secretary of State's "Top-to-Bottom" Voting Systems Review (TTBR), July 2007.

[78] **Digital Rights Management, Spyware, and Security**
Edward W. Felten and J. A. Halderman
*IEEE Security & Privacy*, 4(1):18–23, January/February 2006.

[79] **Analysis of the MediaMax CD3 Copy-Prevention System**
J. A. Halderman
Technical report, TR-679-03, Princeton University Computer Science Department, Princeton, New Jersey, October 2003.

## Selected Legal and Regulatory Filings

[80] **Request for DMCA Exemption: Security Research**
Petition to the U.S. Copyright Office of Ed Felten and J. Alex Halderman, represented by Elizabeth Field, Justin Manusov, Brett Hildebrand, Alex Kimata, and Blake Reid, regarding the Seventh Triennial Section 1201 Proceeding, 2017–18.

[81] **Request for DMCA Exemption: Security Research**
Petition to the Librarian of Congress of S. M. Bellovin, M. Blaze, E. W. Felten, J. A. Halderman, and N. Heninger, represented by Andrea Matwyshyn, regarding the U.S. Copyright Office 2014–2015 DMCA Anticircumvention Rulemaking, Nov. 2014.
(*Outcome:* Requested exemption granted in part.)

[82] **Request for DMCA Exemption: Games with Insecure DRM and Insecure DRM Generally**
Petition to the Librarian of Congress of J. A. Halderman, represented by B. Reid, P. Ohm, H. Surden, and J. B. Bernthal, regarding the U.S. Copyright Office 2008–2010 DMCA Anticircumvention Rulemaking, Dec. 2008.
(*Outcome:* Requested exemption granted in part.)

[83] **Request for DMCA Exemption for Audio CDs with Insecure DRM**
Petition to the Librarian of Congress of E. Felten and J. A. Halderman, represented by D. Mulligan and A. Perzanowski, regarding the U.S. Copyright Office 2005–2006 DMCA Anticircumvention Rulemaking, Dec. 2005.
(*Outcome:* Requested exemption granted in part.)

## Patents

[84] **Controlling Download and Playback of Media Content**
Wai Fun Lee, Marius P. Schilder, Jason D. Waddle, and J. A. Halderman
U.S. Patent No. 8,074,083, issued Dec. 2011.

[85] **System and Method for Machine-Assisted Election Auditing**
Edward W. Felten, Joseph A. Calandrino, and J. A. Halderman
U.S. Patent No. 8,033,463, issued Oct. 2011.

## Speaking

### Major Invited Talks and Keynotes

- **U.S. Senate Testimony Regarding Russian Interference in the 2016 U.S. Elections**
  Testimony before the U.S. Senate Select Committee on Intelligence, June 21, 2017.
- **Recount 2016: A Security Audit of the U.S. Presidential Election**
  Keynote talk, NDSS 2017, February 27, 2017.
- **Recount 2016: An Uninvited Security Audit of the U.S. Presidential Election**
  33c3, Hamburg, December 28, 2016.

- **Elections and Cybersecurity: What Could Go Wrong?**
  Keynote speaker, Merit Security Summit, Ypsilanti, MI, November 7, 2016.
- **Let's Encrypt**
  Invited speaker, TTI/Vanguard conference on Cybersecurity, Washington, D.C., Sept. 28, 2016.
- **Elections and Cybersecurity: What Could Go Wrong?**
  Keynote speaker, 19th Information Security Conference (ISC), Honolulu, September 9, 2016.
- **Internet Voting: What Could Go Wrong?**
  Invited speaker, USENIX Enigma, San Francisco, January 27, 2016.
- **Logjam: Diffie-Hellman, Discrete Logs, the NSA, and You**
  32c3, Hamburg, December 29, 2015.
- **The Network Inside Out: New Vantage Points for Internet Security**
  Invited talk, China Internet Security Conference (ISC), Beijing, September 30, 2015.
- **The Network Inside Out: New Vantage Points for Internet Security**
  Keynote speaker, ESCAR USA (Embedded Security in Cars), Ypsilanti, Michigan, May 27, 2015.
- **Security Analysis of the Estonian Internet Voting System**
  31c3, Hamburg, December 28, 2014.
- **The Network Inside Out: New Vantage Points for Internet Security**
  Keynote speaker, 14th Brazilian Symposium on Information Security and Computer Systems (SBSeg), Belo Horizonte, Brazil, November 4, 2014.
- **Empirical Cryptography: Measuring How Crypto is Used and Misused Online**
  Keynote speaker, 3rd International Conference on Cryptography and Information Security in Latin America (Latincrypt), Florianópolis, Brazil, September 2014.
- **Healing Heartbleed: Vulnerability Mitigation with Internet-wide Scanning**
  Keynote speaker, 11th Conference on Detection of Intrusions and Malware and Vulnerability Assessment (DIMVA), London, July 10, 2014.
- **Fast Internet-wide Scanning and its Security Applications**
  30c3, Hamburg, December 28, 2013.
- **Challenging Security Assumptions.** Three-part tutorial. 2nd TCE Summer School on Computer Security, Technion (Haifa, Israel), July 23, 2013.
- **Verifiably Insecure: Perils and Prospects of Electronic Voting**
  Invited talk, Computer Aided Verification (CAV) 2012 (Berkeley, CA), July 13, 2012.
- **Deport on Arrival: Adventures in Technology, Politics, and Power**
  Invited talk, 20th USENIX Security Symposium (San Francisco, CA), Aug. 11, 2011.
- **Electronic Voting: Danger and Opportunity**
  Keynote speaker, ShmooCon 2008 (Washington, D.C.), Feb. 15, 2008.