# AFFIDAVIT OF JARED GOLDSMITH

My name is Jared Goldsmith and I am the Elections Administrator for McLennan County, Texas. I have personal knowledge of the facts stated herein, and they are true and correct.

The McLennan County Elections Department uses Hart Intercivic's eSlate DRE system for voting in elections, which system is certified by both the State of Texas and the Federal government. It is my understanding that the current lawsuit brought by Kimberly Wiseman seeks to enjoin the use of the eSlate system in the upcoming 2022 General Election. Enjoining use of the eSlate system this close to the 2022 General Election would result in chaos. Examples of the issues that would be created include, but are not limited to:

Issue 1: Time Constraints

It will simply be impossible to replace the County's current voting system before the November 2022 election. If it cannot use its current voting equipment, there will not be an election in McLennan County, or it will be delayed.

Time constraints include:

- Visiting with certified vendors to purchase new voting equipment
- Contract negotiations with vendors
- Any voting system purchase must be approved by the Texas Secretary of State
- State mandated acceptance testing before implementing a new voting system
- Properly training poll workers and voters on how to use new voting system
- Complete overhaul of current election processes including logistics

Issue 2: Conforming to Helping America Vote Act (HAVA) regulations

HAVA states that any voting system implemented must be compliant with the Americans with Disabilities Act (ADA). This includes providing voters with an electronic device that can be manipulated by voters who cannot physically mark a ballot by hand.

The County's current equipment (and any equipment being considered for future purchase) meets this requirement.

Issue 3: Vote Centers

McLennan County currently uses countywide "Vote Centers" for its voters on Election Day. This system allows voters to vote at any open polling location on Election Day.

Vote Centers counties can only implement certain types of voting equipment, all of which require some type of electronic element.

Pre-printing ballots is not only arduous and expensive, it is currently not allowed by the Texas Election Code

For November 2022, if McLennan County were to move away from Vote Centers, we would need to significantly increase the number of polling sites, a task which cannot be completed in time to run the election.

The Vote Center concept is popular with our voters, who have become accustomed to the system. Moving away from this system would cause voter confusion, and would result in less voter participation.

Issue 4: Hand Counting Ballots is an unnecessarily time consuming process

By some estimates, counting the 98,000 + ballots that we saw during the November 2020 General Election may have taken over 1,000 man hours to count. This would result in election results being released significantly later than our current certified system.

Furthermore, hand-counting is not a guarantee of accuracy. In fact, it would likely be less accurate than electronic tabulation.

Overall, substantial preparation for the November 2022 Election has taken place. Forcing the Election to be held without use of the eSlate DREs would place unreasonable burdens on those of us in charge of running the Election and would result in voter confusion. At this point in time enjoining the use of the eSlate DREs would assuredly cause the 2022 General Election in McLennan County to be delayed.

Section 129.054 (a) of the Texas Election Code states "A voting system may not be connected to any external communications network, including the Internet". Strictly following this code is and has been the policy of the McLennan County Elections Administration office. None of our four Hart InterCivic computers running the BOSS, Ballot Now, Tally, and Servo software is ever connect to any type of network, whether that be an internal county run intranet or external such as the Internet.

McLennan County Elections Administration has participated in two cybersecurity assessments, one voluntary and the other State of Texas mandated. Working in conjunction with the McLennan County IT department, McLennan County contracted with Sentinel Cyber Intelligence to run a voluntary cyber security analysis of McLennan County Elections procedures and election relation hardware/software. Analyst Richard Martin from Sentinel Cyber Intelligence wrote of McLennan County Elections "based on the work performed, I believe the Department has a robust control structure in place that would prevent and/or detect any attempt at election manipulation. Furthermore, I believe the technology components have adequate safeguards such that material and consequential manipulation of votes could not occur." Further, McLennan County Elections

Administration completed and passed the State of Texas mandated Texas County Election Security Assessment. The Texas Secretary of State in conjunction with AT&T and CyberDefenses administered this assessment in June of 2020.

Jared Goldsmith

SUBSCRIBED AND SWORN TO BEFORE ME on this 5TH day of September 2022.

TERRY C. SEFCIK
Notary Public
STATE OF TEXAS
ID# 1073008-8
My Comm. Exp. Jan. 23, 2025

Notary Public, State of Texas

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dyanne Carter on behalf of Michael Dixon
Bar No. 05912100
dyanne.carter@haleyolson.com
Envelope ID: 68077255
Status as of 9/8/2022 4:22 PM CST

Associated Case Party: Kimberly Wiseman

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kimberley Wiseman | | Kimwiseman522@gmail.com | 9/8/2022 4:06:55 PM | SENT |

## Automated Certificate of eService

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dyanne Carter on behalf of Michael Dixon
Bar No. 05912100
dyanne.carter@haleyolson.com
Envelope ID: 68077255
Status as of 9/8/2022 4:22 PM CST

Associated Case Party: Jim Smith

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Dyanne Carter | | dyanne.carter@haleyolson.com | 9/8/2022 4:06:55 PM | SENT |
| Herbert SBristow | | hbristow@haleyolson.com | 9/8/2022 4:06:55 PM | SENT |
| Roberta Bishnow | | rbishnow@haleyolson.com | 9/8/2022 4:06:55 PM | SENT |
| Michael WDixon | | mdixon@haleyolson.com | 9/8/2022 4:06:55 PM | SENT |

FILED
MCLENNAN COUNTY
9/12/2022 9:42 AM
JON R. GIMBLE
DISTRICT CLERK
Tiffany Madkins

HALEY OLSON
ATTORNEYS AT LAW

Herbert S. Bristow
Blake Rasner
Charles D. Olson
Daniel A. Palmer
Michael W. Dixon
Brandon R. Oates
David Shaw
Amanda Simpson

Of Counsel:
Joshua J. White
Richard J. Vander Woude

September 9, 2022

***VIA E-FILE***
McLennan District Clerk
501 Washington Avenue
Suite 300 Annex
Waco, Texas 76701

Re: *Kimberly Wiseman v. County Commissioners Jim Smith, Patricia Miller, Will Jones, Ben Perry; Elections Administrator Jared Goldsmith, Cera; County Judge Scott Felton;* Cause No. 2022-2685-3 in the 74th Judicial District Court of McLennan County, Texas.

Dear Clerk,

We are requesting a certified copy of the docket sheet in the matter referenced above to assist in removal to federal court.

Should you have any questions, please do not hesitate to contact our office.

Sincerely,

HALEY & OLSON
A PROFESSIONAL CORPORATION

Dyanne Carter
Legal Assistant

100 N. Ritchie Road | Suite 200 | Waco, Texas 76712
P 254-776-3336 | F 254-776-6823
www.haleyolson.com

W.C. Haley (1912 - 1996)
Lyndon L. Olson, Sr. (1925 - 2005)

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dyanne Carter on behalf of Michael Dixon
Bar No. 05912100
dyanne.carter@haleyolson.com
Envelope ID: 68140119
Status as of 9/12/2022 10:46 AM CST

Associated Case Party: Kimberly Wiseman

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Kimberley Wiseman | | Kimwiseman522@gmail.com | 9/12/2022 9:42:35 AM | SENT |

**Automated Certificate of eService**

This automated certificate of service was created by the efiling system. The filer served this document via email generated by the efiling system on the date and to the persons listed below. The rules governing certificates of service have not changed. Filers must still provide a certificate of service that complies with all applicable rules.

Dyanne Carter on behalf of Michael Dixon
Bar No. 05912100
dyanne.carter@haleyolson.com
Envelope ID: 68140119
Status as of 9/12/2022 10:46 AM CST

Associated Case Party: Jim Smith

| Name | BarNumber | Email | TimestampSubmitted | Status |
|---|---|---|---|---|
| Herbert SBristow | | hbristow@haleyolson.com | 9/12/2022 9:42:35 AM | SENT |
| Roberta Bishnow | | rbishnow@haleyolson.com | 9/12/2022 9:42:35 AM | SENT |
| Michael WDixon | | mdixon@haleyolson.com | 9/12/2022 9:42:35 AM | SENT |
| Dyanne Carter | | dyanne.carter@haleyolson.com | 9/12/2022 9:42:35 AM | SENT |