**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

| | | |
|---|---|---|
| **KIMBERLEY WISEMAN**<br>*Plaintiff,*<br><br><br>**v.**<br><br>**COUNTY COMMISSIONERS**<br>**JIM SMITH, PATRICIA MILLER,**<br>**WILL JONES, BEN PERRY;**<br>**ELECTIONS ADMINISTRATOR**<br>**JARED GOLDSMITH, CERA;**<br>**COUNTY JUDGE SCOTT FELTON, et. al.**<br>*Defendants.* | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | **CAUSE NO. 6:22-cv-00945-ADA-DTG** |

**<u>ORDER GRANTING DEFENDANTS' RULE 12 (c) JOINT MOTION TO DISMISS</u>**

CAME ON BEFORE THE COURT the Defendants' Rule 12 (c) Joint Motion to Dismiss. Having reviewed the Motion and the Court's record, and any responses and replies, the Court finds that the Defendants' Motion has merit and should be GRANTED.

THEREFORE, it is ORDERED that the Defendants' Rule 12 (c) Joint Motion to Dismiss is GRANTED.

IT IS FURTHER ORDERED that the Plaintiff's suit is dismissed in all respects with prejudice.

Issued this ____ day of ______________, 2022 in Waco, Texas.

______________________________________
UNITED STATES DISTRICT JUDGE