FILED
October 31, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: lad
DEPUTY

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS**
**WACO DIVISION**

KIMBERLY WISEMAN
*Petitioners,*
v.
COUNTY COMMISSIONERS
JIM SMITH, PATRICIA MILLER,
WILL JONES, BEN PERRY;
ELECTIONS ADMINISTRATOR
JARED GOLDSMITH, CERA;
COUNTY JUDGE SCOTT
FELTON
Respondents.

CAUSE No.6;22-CV-945

**JUDICIAL ADVISORY**

To the honorable District Judge,

It is the intent of Petitioner to amend petition should the court deny the remand according to Rule 15(a) which states that "leave [to amend] shall be freely given when justice so requires". This Court has previously ruled in Weiss v PPG Industries, Inc., that absent undue delay, bad faith or repeated failure to cure deficiencies…[on the part of the movant]; or undue prejudice to the opposing party, the leave sought should be freely given. 148 F.R.D. at 291 (D.Fla. 1993) (quoting Foman v. Davis, 371 U.S. 178, 182, 83 S.CT 227, 9 L.Ed.2d 222(1962)).

Marco's Franchising, LLC v. Marco's Italian Exp., Inc., 239 F.R.D. 686, 688 (M.D. Fla. 2007)

Respectfully submitted this 29th day of October, 2022.

*/s/KIMBERLY WISEMAN*

Kimberly Wiseman

419 Barron Ln.

Axtell, TX 76624

(760) 525-7493

kimwiseman522@gmail.com

Pro Se

**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS WACO DIVISION**

KIMBERLY WISEMAN
*Petitioners,*

CAUSE No.6 ; 2 2 - C V - 9 4 5

v.

COUNTY COMMISSIONERS JIM SMITH, PATRICIA MILLER, WILL JONES, BEN PERRY; ELECTIONS ADMINISTRATOR JARED GOLDSMITH, CERA; COUNTY JUDGE SCOTT FELTON
*Respondents.*

**JUDICIAL ADVISORY**

*TO THE HONORABLE DISTRICT COURT,*

*Affidavit*

*Pursuant to 28 U.S.C. 1746, I, KIMBERLY WISEMAN, make the following declaration:*

1. *Petitioner currently serves as a Precinct Chairman and Election Judge in McLennan County. ( She did not hold either position during the 2020 election).*

2. *On August 19, 2022, Petitioner got a phone call from the chairman of the McLennan County Republican Party, Dr. Bradford Holland. Mr. Holland stated that he had just received an angry phone call from the County Judge, Scott Felton, who was unhappy about Petitioner's suit against the county. The chairman firmly requested Petitioner discuss the details of the case with him and what she hoped to gain from it. Petitioner stated that she did not file the case as a representative of the McLennan County Republican Party but as a concerned citizen and voter. The chairman was irritated that she would not discuss the details of the case. Petitioner referred him to read it for himself since it was now public information. The chairman asked that she withdraw the suit and/or resign as Precinct 69 Chair. Petitioner declined to do either. She later sent the chairman an email requesting that any further discussion of the matter be in writing.*
3. *Petitioner is now facing further injury with the moral dilemma of fulfilling her duty as Precinct Chair and Election Judge knowing voters are being caused to cast illegal ballots on machines that are not lawfully certified.*
4. *The Respondents raised the issue of the Petitioner coming to this matter with "unclean hands". The Petitioner holds no authority by law in the procurement, acquisition or utilization of illegally certified electronic voting equipment and systems. That authority lies with the Respondents. The Respondents do not get to transfer the dirt from their hands to the Petitioner. Therefore, it is the Respondents who come to this matter with unclean hands.*
5. *By making the claim of unclean hands, Respondents solidify Petitioner's claims of illegality of elections where improperly certified machines were used.*
6. *The Respondents raise the matter of laches. The Petitioner's timing in filing the petition was not related to stopping an election. Timing was based on when research into the matters at hand was complete and an opportunity was afforded to those who were in a position to know about the proper certifications, the Respondents, to do their jobs. When they did not, the Petitioner acted.*

*I declare under penalty of perjury that the forgoing is true and correct to the best of my knowledge. Executed this October 25, 2022.*

*Affiant:/s/KIMBERLY WISEMAN*

*kimwiseman522@gmail.com*

*419 Barron Ln.*

*Axtell, TX 76624*

*760-525-7493*

Gmail **Kim Wiseman <kimwiseman522@gmail.com>**

---

**phone call Aug 19, 2:22 pm**

---

**Kim Wiseman** <kimwiseman522@gmail.com> Wed, Aug 24, 12:13 AM
To: BradHollandMD@gmail.com <BradHollandMD@gmail.com>

Dr. Holland,

This is in regards to your phone call to me on August 19, 2022. It's my recollection that you stated you had received an angry call from the county judge who was unhappy that the county was being sued by me. You firmly requested I discuss the details of my case with you. I stated that I did not file my case as a representative of the McLennan County Republican Party but as a concerned citizen and voter. I declined to discuss it and referred you to the document to read yourself. I recall you asking that I withdraw the suit and/or resign as Precinct 69 Chair. I respectfully decline to do either. I request that any further discussion of the matter be in writing. Thank you.
[Quoted text hidden]

# Test Report

**Report Number** SOW-102012-HART-01

# Hart InterCivic
# Hart Voting System 6.2.1 Configured
# on Windows 7 Professional Operating System

**Test Report Rev 01**

May 20, 2013

Prepared by:

SLI GLOBAL SOLUTIONS

216 16th St.
Suite 700
Denver, CO 80202
303-575-6881
www.SLIGlobalsolutions.com

NVLAP LAB CODE 200733-0

Accredited by the National Institute of Standards and Technology (NIST) National Voluntary Lab Accreditation Program (NVLAP), and accredited by the Election Assistance Commission (EAC) for VSTL status.

# Revision History

| Release | Author | Revisions |
|---|---|---|
| Rev 01 | M. Santos | Initial Release |

## Disclaimer

The Test results reported herein must not be used by the client to claim product certification, approval, or endorsement by NVLAP, NIST, or any agency of the Federal Government. Results herein relate only to the items tested.

**Copyright © 2013 SLI Global Solutions, Incorporated**

**Trademarks**

- SLI is a registered trademark of SLI Global Solutions, Incorporated.
- All other products and company names are used for identification purposes only and may be trademarks of their respective owners.

**The tests referenced in this document were performed in a controlled environment using specific systems and data sets, and results are related to the specific items tested. Actual results in other environments may vary.**

# TABLE OF CONTENTS

1 INTRODUCTION ..... 3
1.1 Document Overview ..... 4
2 SYSTEM IDENTIFICATION ..... 4
2.1 Software and Firmware ..... 4
2.2 Equipment (Hardware) ..... 5
3 SYSTEM OVERVIEW ..... 6
3.1 Scope of the Hart Voting System 6.2.1 (HVS 6.2.1) ..... 6
4 TESTING PERFORMED ..... 8
4.1 Hart Testing Reviewed ..... 8
4.2 Configuration Tested ..... 8
4.3 Referenced Jurisdictional Requirements ..... 9
5 TEST RESULTS SUMMARY ..... 9
5.1 Functional Testing Summary ..... 9
*5.1.1 Evaluation of Testing ..... 9*
6 RECOMMENDATIONS ..... 10

# 1 Introduction

SLI Global Solutions is submitting this report as a summary of the testing efforts for the Hart Voting System 6.2.1 (HVS 6.2.1) on Windows 7 Professional, Service Pack 1 (SP1), Operating System (OS). The purpose of this document is to provide an overview of the testing effort and the findings of the testing effort for HVS 6.2.1 on Windows 7 Professional SP1 OS.

HVS 6.2.1 is a NASED qualified system, to the Federal Election Commission (FEC) 2002 Voting System Standards (VSS), configured on a Windows 2000 Professional Service Pack 4 Operating System platform. Hart InterCivic has ported HVS 6.2.1 onto a Windows 7 Professional SP1 Operating System platform without modification to any of the voting system software or firmware.

Testing consisted of managing system configurations and executing a set of test cases based on end-to-end system testing performed by Hart, as well as system level testing prepared by SLI, with analysis of results. The review and testing was performed at SLI's Denver, Colorado facility. The intent of the testing was to determine that no functionality was compromised with the change of operating system platforms.

SLI is a full service third party testing facility, founded in May 1996, from a software test-consulting firm. SLI is an EAC approved and NIST NVLAP accredited Voting System Test Laboratory.

## 1.1 Document Overview

This document contains the following sections:

- The Introduction discusses the applications tested/reviewed
- The System Identification identifies hardware and software for the Hart Voting System 6.2.1 (HVS 6.2.1) on Windows 7 Professional, Service Pack 1 (SP1), Operating System
- The System Overview discusses the functionality of Hart Voting System 6.2.1 (HVS 6.2.1) on Windows 7 Professional, Service Pack 1 (SP1), Operating System SP1 OS
- The Testing Performed section is an outline of the testing performed
- The Testing Results section is a summary of the testing effort
- The Recommendations section contains the final analysis of the testing

In the interest of clarity, the following abbreviations are henceforth used:

- HVS 6.2.1 - Hart Voting System 6.2.1
- Win 7 Prof OS - Windows 7 Professional Service Pack 1 Operating System
- Win 2000 Prof SP1 OS - Windows 2000 Professional Service Pack 1 Operating System
- COTS - Commercial Off-the-Shelf
- CVR - Cast Vote Record
- MBB – Mobile Ballot Box

# 2 System Identification

HVS 6.2.1 on Win 7 Prof OS was submitted for testing with the hardware and software listed below.

## 2.1 Software and Firmware

Table 1 below details each application employed by HVS 6.2.1, as well as the host operating system.

**Table 1 – Manufacturer Software and Firmware**

| Application(s) | Version |
|---|---|
| eCM Manager (NASED Qualified system software) (Win 7 Prof OS) | 1.1.7 |
| BOSS (NASED Qualified system software) (Win 7 Prof OS) | 4.3.13 |
| Ballot Now (NASED Qualified system software) (Win 7 Prof OS) | 3.3.11 |
| Tally (NASED Qualified system software) (Win 7 Prof OS) | 4.3.10 |
| Rally (NASED Qualified system software) (Win 7 Prof OS) | 2.3.7 |
| SERVO (NASED Qualified system software) (Windows 2000 Prof SP1 OS) | 4.2.10 |
| JBC voting device (NASED Qualified system firmware) | 4.3.1 |
| eSlate / DAU eSlate voting device (NASED Qualified system firmware) | 4.2.13 |
| VBO voting device option (NASED Qualified system firmware) | 1.8.3 |
| eScan voting device (NASED Qualified system firmware) | 1.3.14 |
| | |
| Infusion (Not NASED qualified system software) (Win 7 Prof OS) | 2.3 |
| Fusion (Not NASED qualified system software) (Win 7 Prof OS) | 3.5.1 |
| TRANS (Not NASED qualified system software) (Win 7 Prof OS) | 6.5.4.7 |

**Table 2 – COTS Software**

| Manufacturer | Application(s) | Version |
|---|---|---|
| Microsoft | Windows OS | 7 Professional |
| Adobe | Acrobat | 11 Standard |

## 2.2 Equipment (Hardware)

The hardware employed by HVS 6.2.1 consists of two types, custom and COTS. The high speed central count Kodak scanner and the Hart Card Reader interact with applications installed on the Win 7 Prof OS.

Tables 3 and 4 below detail each hardware device employed by HVS 6.2.1.

**Table 3 – Manufacturer Equipment**

| Hardware | Manufacturer | Condition | Type |
|---|---|---|---|
| JBC | Hart | Undamaged, fully functional | DRE Control Unit |

| Hardware | Manufacturer | Condition | Type |
|---|---|---|---|
| eSlate / Disabled Access Unit (DAU) eSlate | Hart | Undamaged, fully functional | DRE |
| eScan | Hart | Undamaged, fully functional | Digital Scanner |
| Hart Card Reader | Hart | Undamaged fully functional | PCMCIA card reader |

**Table 4 – COTS Equipment**

| Hardware | Manufacturer | Condition | Type |
|---|---|---|---|
| Kodak i660 Scanner | Kodak | Undamaged, fully functional | High Speed Scanner |

# 3 System Overview

## 3.1 Scope of the Hart Voting System 6.2.1 (HVS 6.2.1)

The scope of HVS 6.2.1 includes the applications listed below. This list includes three applications, Infusion, Fusion and TRANS, that were not part of the NASED qualification, but have been approved for use in conjunction with the HVS 6.2.1 by state jurisdictions.

eSlate Cryptographic Module (eCM) Manager software application is used to manage approved security functions by creating and writing a Key ID, Key GUID, a signing key and PIN (password) to an eCM (eSlate Cryptographic Module) token. The eCM token is a physical USB security module supplied by Hart InterCivic and is required to access secure functions in HVS 6.2.1.

Ballot Origination Software System (BOSS) software application is used to build an election database, create ballot styles, create official and test MBBs, and create audio MBBs used in accessible voting devices.

Ballot Now paper ballot management system software is used to print paper ballots on demand. Used in conjunction with COTS high speed scanners in a central count environment, voted ballots may be scanned and electronically adjudicated as needed.

Ballot Now Image Processor (BNIP) is a separate application installed with Ballot Now that processes ballot images for created for Ballot Now with a high speed central count scanner. BNIP may reside on the same PC with Ballot Now in "Stand-alone" configuration or on a separate PC in Client/Server configuration.

Rally software application is used to read, store, and transfer CVRs via local area network or modem connection to a PC running the HVS Tally application.

Tally software application is used to accumulate and tabulate CVRs and report vote totals for an election conducted with HVS 6.2.1 voting devices and software applications.

SERVO is an election records and recount management system for HVS 6.2.1 voting devices.

JBC (Judge's Booth Controller) is the control unit connected to up to 12 eSlate and/or DAU eSlate voting devices through which a poll worker distributes the voter-specific electronic ballot to an eSlate or DAU eSlate.

eSlate is a DRE voting device connected via daisy-chain to a JBC and on which a ballot is viewed, voted and recorded.

Verifiable Ballot Option (VBO) is designed for jurisdictions required to use a Voter Verified Paper Audit Trail (VVPAT). The VBO may be connected to the eSlate or DAU eSlate inside the voting booth to print a paper record of each voted ballot for review prior to being cast.

eScan is a digital scan voting device used for scanning voted paper ballots.

Infusion software application is used to convert exported election setup data from various voter registration systems into the correct BOSS text import format.

Fusion software application is a results integration and reporting tool used to consolidate election results from multiple HVS 6.2.1 databases or consolidate election results from non-HVS election systems with HVS election results.

Translation, Recording, & Audio Normalization System (TRANS) software application is used by translation experts and voice-over professionals to provide text translations and audio recording files for import into an open BOSS election database.

Managing technology risk

# 4 Testing Performed

## 4.1 Hart Testing Reviewed

Hart conducted end-to-end system testing of HVS 6.2.1 configured on a Win 7 Prof OS environment, with the operating system in a non-hardened state.

SLI reviewed the end-to-end testing conducted by Hart for thoroughness and outcome, and identified no issue.

## 4.2 Configuration Tested

HVS 6.2.1, a NASED qualified system originally configured on a Windows 2000 Professional, Service Pack 1 Operating System platform, was configured and tested on a Win 7 Prof OS environment. As part of the implementation with the Win 7 Prof OS platform, Hart instituted hardening the Win 7 environment as an added optional security feature. Testing was designed to validate that HVS 6.2.1 is not negatively impacted by the either the implementation with Win 7 Prof OS or the hardening of the operating system.

The following HVS 6.2.1 NASED qualified software applications were configured on the Win 7 Prof OS platform:

- eCM Manager
- BOSS
- Ballot Now (and associated Ballot Now Image Processor)
- Tally
- Rally

Additionally, the following HVS 6.2.1 non-NASED qualified applications were configured on the Win 7 Prof OS platform.

- Infusion
- Fusion
- TRANS

Note the only HVS 6.2.1 NASED qualified system software application not configured on Win 7 Prof OS is SERVO, which remains configured on Windows 2000 Professional, SP1, OS.

## 4.3 Referenced Jurisdictional Requirements

Testing HVS 6.2.1 was not a full qualification review, rather a validation that all functionality implemented under the NASED qualification to the 2002 VSS remained intact, as per the original qualification performed on a Windows 2000 Professional OS platform.

HVS 6.2.1 on Win 7 OS was reviewed for and found to be in conformance to the Texas Title 8 Voting Systems requirements document as part of the test event.

HVS 6.2.1 on Win 7 OS was reviewed for conformance to the State of California document *Requesting Administrative Approval of a Proposed Change or Modification to an Approved Voting System*.

Additionally, a representative of the State of California was in attendance, observing all testing.

# 5 Test Results Summary

## 5.1 Functional Testing Summary

SLI performed tests on the Hart Voting System 6.2.1 (HVS 6.2.1). The test event incorporated end-to-end election testing executing functionality supported by HVS 6.2.1.

SLI performed installation of all Windows 7 Professional OS platforms, including the hardening of the environments, as detailed in the Hart *Computer Setup and Hardening Procedures for HVS 6.2.1 on Windows 7 OS* manual.

### 5.1.1 Evaluation of Testing

The testing was executed to verify that:

- eCM Manager launched and was used to confirm the eCM token was accessible and configurable.
- Infusion launched and was used to convert data from a voter registration system to the correct BOSS import format.
- BOSS launched and was utilized to import an election; add and modify contests, candidates, offices and parties; create districts, precincts and polling places; create ballot styles and produce voting device MBBs and audio MBBs.
- TRANS launched and utilized BOSS audio prompt export files and translation text export files to modify audio and text BOSS import files for English, Spanish and Chinese languages.

- Ballot Now launched and was utilized to print ballots, and, in conjunction with a central count scanner, scan voted ballots and subsequently adjudicate, or resolve, ballots. A Ballot Now Image Processor client was used to process scanned ballot images.
- eScan voting device was utilized to scan marked paper ballots and record voter selections on an MBB.
- JBC and DAU eSlate voting device were utilized to vote electronic ballots and record voter selections on an MBB.
- Tally launched and was utilized to read MBBs, accumulate, tabulate and report results from Ballot Now, eScan and eSlate voting devices.
- Rally launched and was utilized to read MBBs and transmit CVRs to Tally.
- Fusion launched and was utilized to consolidate data and report results from two election databases.
- SERVO was used to reset voting devices and MBBs.

The testing was successfully conducted using the executables delivered in the NASED qualified system, for the Hart Voting System 6.2.1 (HVS 6.2.1) on Windows 7 Professional Operating System.

## 6 Recommendations

SLI has successfully completed the testing of the Hart Voting System 6.2.1 (HVS 6.2.1) on Window 7 Professional Service Pack 1 Operating System. It has been determined that the configuration of the HVS 6.2.1 on Windows 7 Professional Operating System has yielded no negative results and remains fully capable and qualified for use in a production environment.

This recommendation reflects the opinion of SLI Global Solutions based on testing scope and results.

Traci Mapps

Senior Director Of Operations, SLI Global Solutions

End of Test Report

WITTLIFF | CUTTER PLLC

1209 Nueces Street, Austin, Texas 78701

wittliffcutter.com

July 28, 2022

**VIA ELECTRONIC FILING**

Justin Gordon, Chief
Open Records Division
Office of the Attorney General
P.O. Box 12548
Austin, Texas 78711-2548

**Re: Reservation of Rights to Object to the Public Information Request by Keith Suarez to Harris County, dated July 2, 2022 (C.A. File No. 22PIA0771)**

Dear Mr. Gordon:

We represent Hart InterCivic ("Hart InterCivic") in connection with the above matter. On July 19, 2022, Hart InterCivic received an email from the Office of the Harris County Attorney ("Harris County") that referenced Harris County's receipt of four identical requests from four separate requestors for records pursuant to the Texas Public Information Act, Texas Government Code Chapter 552 (the "Act"). In a separate email that same day, Hart InterCivic received from Harris County a third party letter regarding one of those requests—but not the request by Keith Suarez (the "Requestor")—which notified Hart InterCivic that (1) the requests implicated records that may contain Hart InterCivic's confidential, proprietary, or otherwise protected information under the Act; (2) Harris County would be requesting an opinion from the Attorney General regarding the requests; and (3) Hart InterCivic could submit arguments to the Attorney General that certain exceptions under the Act apply to Hart InterCivic's records. On July 25, 2022, Hart InterCivic received from Harris County copies of the four requests, including the request by the Requestor; copies of the records at issue in Harris County's request for an Attorney General Opinion; and a copy of Harris County's submission to the Attorney General regarding Requestor's request. On July 27, 2022, Hart InterCivic received, for the first time, a third party letter from Harris County regarding the Requestor's request. Accordingly, pursuant to Section 552.305(d) of the Act, Hart InterCivic did not receive complete information regarding the Requestor's request and Harris County's request for an opinion from the Attorney General until July 27, 2022.

Hart InterCivic objects to the disclosure of its confidential, proprietary, trade secret and competitively sensitive commercial information. Hart InterCivic further objects that this information should not be disclosed because disclosure could create a risk of disrupting election infrastructure security by revealing "technical details of particular vulnerabilities of critical infrastructure to an act of terrorism." TEX. GOV'T CODE § 418.181. As such, Hart InterCivic intends

to argue that one or more of the Act's exceptions apply to its records, including, but not limited to Sections 552.101, 552.110(c), 552.1101(a), and 522.110(a)-(b) of the Act and Section 418.181 of the Texas Government Code.

Based on the above timeline and consistent with the Act, Hart InterCivic intends to submit to the Attorney General a substantive objection in response to the Requestor's request on or before August 10, 2022. This objection will detail the specific information Hart InterCivic believes should not be disclosed to the Requestor and the specific reasons such information is protected, including, without limitation, that such information is confidential, proprietary, competitively sensitive.

If you need any additional information, please do not hesitate to contact me.

Sincerely,
WITTLIFF | CUTTER PLLC

María Amelia Calaf

**cc:**

Via Electronic Mail
Tiffany Bangs
Assistant County Attorney
Office of the Harris County Attorney
Tiffany.Bangs@harriscountytx.gov

Amaka Balonwu
Public Information Coordinator
Office of the Harris County Attorney
Amaka.Balonwu@cao.hctx.net

Via Mail
Public Information Office
Harris County Elections Administrator
1001 Preston, 4th Floor
Houston, TX 77002

Via Electronic Mail
Keith Suarez
suarezkeith@gmail.com

United States Election Assistance Commission

# Certificate of Accreditation

## SLI Compliance,
## Division of Gaming Laboratories International, LLC
## Wheat Ridge, Colorado

*is recognized by the U.S. Election Assistance Commission for the testing of voting systems to the 2002 Voting Systems Standards, the Voluntary Voting Systems Guidelines versions 1.0 and 1.1 under the criteria set forth in the EAC Voting System Testing and Certification Program and Laboratory Accreditation Program. SLI Compliance is also recognized as having successfully completed assessments by the National Voluntary Laboratory Accreditation Program for conformance to the requirements of ISO/IEC 17025 and the criteria set forth in NIST Handbooks 150 and 150-22.*

***Effective Through***

January 10, 2021

Date: 1/10/18

***Brian Newby,***
***Executive Director, U.S. Election Assistance Commission***

EAC Lab Code: **0701**

# The State of Texas

Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

Hope Andrade
Secretary of State

## REPORT OF REVIEW OF HART INTERCIVIC'S VOTING SYSTEM 6.2.1

### PRELIMINARY STATEMENT

On January 17th and 18th, 2008, Hart InterCivic (the "Vendor") presented the Hart Voting System 6.2.1 for examination and certification. The examination was conducted in Austin, Texas. Pursuant to Sections 122.035(a) and (b) of the Texas Election Code, the Secretary of State appointed the following examiners:

1. Mr. Stephen Berger, an expert in electronic data communication systems;
2. Mr. Tom Watson, an expert in electronic data communication systems;
3. Mr. Brandon Hurley, an expert in election law and procedure; and
4. Mr. Paul Miles, an expert in election law and procedure.

Pursuant to Section 122.035(a) of the Code, the Texas Attorney General appointed Dr. Jim Sneeringer, an expert in electronic data communication systems and Texas Attorney General's employee, Katherine Cary.

On January 17th, 2008, Secretary of State staff and two of the examiners witnessed an install of the Hart Voting System software received directly from the Independent Testing Authority. A test deck of sample ballots was processed on each voting device and the results were verified for accuracy. The findings were presented verbally to all the examiners on January 18th and the test ballots and printed reports were made available for their review.

The Vendor then demonstrated the system; the examiners further examined its accuracy and security features by processing more ballots on each device and questioning the Vendor. Examiner reports on the system are attached hereto and incorporated herein by this reference.

### BRIEF DESCRIPTION OF HART INTERCIVIC VOTING SYSTEM 6.2.1

Hart InterCivic's Voting System 6.2.1 supports both paper ballots and electronic voting. The systems' applications execute on a standard PC configured with a Windows 2000 Professional Operating System, Service Pack 4. Below is a list of all certified components of the system:

| Component | Version | Description |
|---|---|---|
| BOSS | 4.3.13 | Ballot Origination Software System used to define the election. |
| Ballot Now | 3.3.11 | Paper ballot management system. |
| Rally | 2.3.7 | Application used to send election results from satellite locations. |
| Tally | 4.3.10 | Application used to tabulate election results. |
| eCM | 1.1.7 | Electronic Crypto Module Manager. |
| SERVO | 4.2.10 | Election-records and recount-management system. |
| JBC | 4.3.1 | Judges Booth Controller. The controller unit for up to 12 eSlate/DAU units. The controller unit is used to generate access codes for the voter. |
| eSlate | 4.2.13 | Direct recording electronic voting system (DRE). |
| eScan | 1.3.14 | Precinct-based scanner used for election day and absentee voting. |

NATIONAL ASSOCIATION OF STATE ELECTION DIRECTORS (NASED)
QUALIFICATION NUMBER

Hart InterCivic's Voting System 6.2.1 was qualified by NASED on August 7, 2006, under the designation N-1-04-22-22-006.

FINDINGS

The following are the findings, based on written evidence submitted by the Vendor in support of its application for certification, oral evidence presented at the examination, Texas voting system examiner reports and comments received at the public hearing held on April 3, 2008.

Hart InterCivic Voting System 6.2.1:

1. Preserves the secrecy of the ballot;
2. Is suitable for the purpose for which it is intended;
3. Operates safely, efficiently, and accurately;
4. Is safe from fraudulent or unauthorized manipulation;
5. Permits voting on all offices and measures to be voted on at the election;
6. Prevents counting votes on offices and measures on which the voter is not entitled to vote;
7. Prevents counting votes by the same voter for more than one candidate for the same office or, in elections in which a voter is entitled to vote for more than one candidate for the same office, prevents counting votes for more than the number of candidates for whom the voter is entitled to vote;
8. Prevents counting a vote on the same office or measure more than once;
9. Permits write-in voting;
10. Is capable of permitting straight-party voting;
11. Is capable of providing records from which the operation of the system may be audited; and
12. Is capable of reporting undervotes.

The Verified Ballot Option ("VBO") was presented and reviewed during the exam. Due to the lack of state and federal legislation that requires the use of a Voter Verified Paper Audit Trail ("VVPAT"), the lack of state standards, and concerns about secrecy of the ballot, the optional VBO is not approved for use in Texas elections at this time.

CONDITIONS

During the examination for this system, examiners identified two potential security concerns that are mitigated and/or eliminated if certain procedural security protocols are followed. First, examiners discovered that if existing security protocols are not followed, then it is theoretically possible to access the operating system and run or delete other programs while Tally is tabulating results. Under Election Advisory 2008-09, Section 5(f)(i-iii), issued by this office, users are required to: (1) restrict usage of the voting system to the sole purpose of election administration, and (2) restrict what software is loaded onto the voting system computer/server. In addition, Section 5(d)(i)(1-3) of the Advisory requires users to limit access to the systems through passwords and encryption keys, certain menus and software modules. Compliance with Election Advisory 2008-09 will ensure that this potential unauthorized access can be prevented and detected

Second, examiners expressed concern that Version 6.2.1 does not have a secure OS configuration. To address this concern, the State of California required the Windows 2000 "Hardened" Operating System Security Setting be used.

Accordingly, based on the generally positive findings of the examiners and examiner suggestions, certification of Hart InterCivic Voting System 6.2.1, is conditioned on a political subdivision employing the following procedures:

1) Two-person access for all Version 6.2.1 computers and servers is required: one person to log on to start the Windows 2000 OS and a second person to log on to start the specific application (e.g., BOSS, Tally, Ballot Now, eCM Manager).
2) A two person control team must be present any time the Tally application is open.
3) Version 6.2.1 Application Logs and Windows 2000 Audit Logs, which track user log-ons and log-on attempts, must be regularly reviewed by the local election officer. The Office of the Secretary of State may inspect these logs or may require the logs to be copied and mailed to this office.
4) Hart Windows 2000 "Hardened" Operating System Security Settings is required. Hart Windows 2000 "Hardened" Operating System Security Settings presents a table of Win2K system settings installed to achieve the "hardened" configuration. The format of the settings closely approximates that used in the applicable NIST checklist.
5) Each political subdivision which adopts Version 6.2.1 must file an initial written confirmation with the Office of the Secretary of State that they are in compliance with Condition Numbers 1 through 4, above, and subsequent to the initial confirmation filing, must file annual, updated confirmations.

CONCLUSION

Accordingly, based upon the foregoing, I hereby certify the Hart InterCivic Voting System 6.2.1 for use in elections in Texas, subject to the above conditions.

Signed under my hand and seal of office, this 30th day of April, 2009.

Coby Shorter, III

COBY SHORTER III
DEPUTY SECRETARY OF STATE

October 28, 2022
U.S District Court Clerk
Waco

Please find the following documents in regards to Cause No. 6:22-CV-945, 6:22-CV-00945-ADA-DTG

Judicial Advisory-Notice of intent to amend
Judicial Advisory-Affidavit
Copy of email from Petitioner to Dr. Brad Holland
2013 Test Report for Hart InterCivic 6.2.1
July 2022 Hart InterCivic letter objecting to public information requests
SLI Compliance Certificate of Accreditation effective for 3 years not 2 years as in law
April 2009 Certification by Texas Secretary of State's office-signed by Deputy SoS

This is to certify that a true and correct copy of the foregoing instrument has been served pursuant to Rule 5 of the Federal Rules of Civil Procedure, October 28, 2022.

Kimberly Wiseman
kimwiseman522@gmail.com
419 Barron Ln.
Axtell, TX 76624

Wiseman
419 Barron Ln
Axtell, TX 76624

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

CERTIFIED MAIL®

7018 1130 0000 5577

US District Clerk's
800 Franklin Ave
Waco, Tx 76701

RECEIVED

OCT 31 2022

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY
DEPUTY CLERK